NICHOLAS J. BEGAKIS (SBN 253588)
nicholas.begakis@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: +1 310 203 4000
Facsimile: +1 310 229 1285

Attorneys for Third-Party Subpoena Respondent
TIKTOK INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIMA GHARAVI,<br><br>          Plaintiffs,<br><br>     v.<br><br>TIKTOK INC., TIKTOK LTD., TIKTOK PTE. LTD., and TIKTOK U.S. DATA SECURITY INC.,<br><br>          Third-Party Subpoena Respondents. | Case No. Civil Action No. 2:25-mc-00002-UA<br><br>**TIKTOK INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

Pursuant to Central District of California Local Rule 7.1-1 and Federal Rule of Civil Procedure 7.1(a)-(b), the undersigned, counsel of record for Third-Party Subpoena Respondent TikTok Inc. ("TTI"), provides this filing to identify any individuals or entities with a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. TTI submits its Corporate Disclosure Statement and Notice of Interested Parties, stating as follows:

1. TTI's sole involvement in this matter is as a recipient of a third-party subpoena seeking to identify other entities, and there are no claims against it. Based on this, TTI states it does not have a financial interest in the outcome of this case. The only individual or entity TTI can currently identify with a pecuniary interest in this litigation is Plaintiff.

2. TikTok Inc. is a wholly owned subsidiary of TikTok LLC, which is a wholly owned subsidiary of TikTok Ltd. TikTok Ltd. is a wholly owned subsidiary of Bytedance Ltd. Bytedance Ltd. is a privately held corporation.

3. No public entity owns 10% or more stock of TikTok Inc. or Bytedance Ltd.

Dated: April 15, 2025

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ Nicholas J. Begakis
Nicholas J. Begakis

Attorneys for Third-Party Subpoena Respondent
TIKTOK INC.