1  NICHOLAS J. BEGAKIS (SBN 253588)
   nicholas.begakis@faegredrinker.com
2  FAEGRE DRINKER BIDDLE & REATH LLP
   1800 Century Park East, Suite 1500
3  Los Angeles, California 90067
   Telephone: +1 310 203 4000
4  Facsimile: +1 310 229 1285

5  Attorneys for Third-Party Subpoena Respondent
   TIKTOK INC.
6
   NIMA GHARAVI
7  nima@midwestwrestle.com
   4610 North Clark Street, St. 1098
8  Chicago, Illinois 60640

9  Plaintiff *Pro Se*

10               UNITED STATES DISTRICT COURT
11               CENTRAL DISTRICT OF CALIFORNIA
12

| 13 | NIMA GHARAVI, | Case No. Civil Action No. 2:25-mc-00002-UA |
|---|---|---|
| 14 | Plaintiffs, | |
| 15 | v. | **NOTICE OF MOTION REGARDING TIKTOK INC.'S REQUEST FOR ENTRY OF A PROTECTIVE ORDER** |
| 16 | TIKTOK INC., TIKTOK LTD., TIKTOK PTE. LTD., and TIKTOK U.S. DATA SECURITY INC., | |
| 17 | | |
| 18 | Third-Party Subpoena Respondents. | Date: May 23, 2025<br>Time: 9:30 a.m.<br>Hon.: Judge Dolly M. Gee<br>Discovery Cut-Off: N/A<br>Pretrial Conference: N/A<br>Trial Date: N/A |
| 19 | | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 23, 2025, at 9:30 a.m., or as soon thereafter as this Joint Stipulation may be heard in Courtroom 8C of the above-entitled court, located at 350 West 1st Street, Los Angeles, CA, Plaintiff Nima Gharavi and TikTok Inc. ("TTI") intend to present the Joint Stipulation Regarding TikTok Inc.'s Request for Entry of a Protective Order.

This Joint Stipulation is brought pursuant to Federal Rule of Civil Procedure 26 and Central District of California Local Rule 37, and it is based on this Notice of Motion, the concurrently filed Memorandum of Points and Authorities, Declarations of Nicolas J. Begakis and Nima Gharavi in support thereof, all pleadings and papers on file in this action, such other evidence or arguments as may be presented to the Court, and such other matters of which this Court may take judicial notice.

Dated:      April 14, 2025

FAEGRE DRINKER BIDDLE & REATH LLP

By: /s/ Nicholas J. Begakis
　　　Nicholas J. Begakis

Attorneys for Third-Party Subpoena Respondent
TIKTOK INC.

Dated:      April 14, 2025

By: /s/ Nima Gharavi
　　　Nima Gharavi

*Pro se*