NIMA GHARAVI
dmca@midwestwrestle.com
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688

Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO TIKTOK INC., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK U.S. DATA SECURITY INC. | Case No.: 2-25-mc-00002-UA<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER DENYING DEFENDANT TIKTOK INC.'S MOTION FOR PROTECTIVE ORDER AND GRANTING MISCELLANEOUS RELIEF**<br><br>Date: May 23, 2025<br>Time: 9:30 a.m.<br>Hon.: Judge Dolly M. Gee<br>Discovery Cut-Off: N/A<br>Pretrial Conference: N/A<br>Trial Date: N/A |

Having considered the parties' Joint Stipulation regarding Defendant TikTok Inc.'s Motion for a Protective Order, and good cause appearing, the Court hereby ORDERS as follows:

1. Defendant TikTok Inc.'s Motion for a Protective Order is DENIED;
2. TikTok Inc. shall comply with the DMCA subpoena within 15 days of this Order by providing, for each of the user accounts identified in the subpoena: the name, last known address, last known telephone number, any electronic mail addresses associated with each account from three (3) years to the date of the subpoena, and any logs of Internet Protocol addresses used to access the subject account(s) from three (3) years to the date of the subpoena;
3. The parties shall file a joint status report regarding compliance within fourteen (14) days after the production deadline, informing the Court whether any disputes remain related to TikTok Inc.'s compliance with the Subpoena;
4. The Court declares that TikTok Inc.'s blanket policy of requiring protective orders for all basic subscriber information productions regardless of good cause under Fed. R. Civ. P. 26(c)(1) is improper and inconsistent with the DMCA's statutory framework;
5. The Court declares that TikTok Inc.'s demonstrated pattern of delayed responses to DMCA takedown notices (averaging 30 days) - which is 32.497 standard deviations from the industry mean of 0.833 days - categorically fails to meet the

"expeditious" standard required by 17 U.S.C. § 512(c)(1)(A)(iii), thereby invalidating its safe harbor protections under the DMCA;

6. The Court finds that the sworn declaration already provided by Plaintiff pursuant to 17 U.S.C. § 512(h)(2)(C) provides adequate protection limiting the use of the information obtained through the subpoena to protecting copyright rights.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Hon. Dolly M. Gee

UNITED STATES CHIEF DISTRICT JUDGE