1  NICHOLAS J. BEGAKIS (SBN 253588)
   nicholas.begakis@faegredrinker.com
2  FAEGRE DRINKER BIDDLE & REATH LLP
   1800 Century Park East, Suite 1500
3  Los Angeles, California 90067
   Telephone: +1 310 203 4000
4  Facsimile: +1 310 229 1285

5  Attorneys for Third-Party Subpoena Respondent
   TIKTOK INC.
6
   NIMA GHARAVI
7  nima@midwestwrestle.com
   4610 North Clark Street, St. 1098
8  Chicago, Illinois 60640

9  Plaintiff *Pro Se*

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA

13  NIMA GHARAVI,                    | Case No. Civil Action No. 2:25-mc-00002-UA
14           Plaintiffs,             |
15       v.                          | **[PROPOSED] ORDER GRANTING TIKTOK INC.'S REQUEST FOR ENTRY OF A PROTECTIVE ORDER**
16  TIKTOK INC., TIKTOK LTD.,        |
    TIKTOK PTE. LTD., and TIKTOK U.S.|
17  DATA SECURITY INC.,              | Date: May 23, 2025
                                     | Time: 9:30 a.m.
18           Third-Party Subpoena    | Hon.: Judge Dolly M. Gee
             Respondents.            | Discovery Cut-Off: N/A
19                                   | Pretrial Conference: N/A
                                     | Trial Date: N/A

# [PROPOSED] ORDER

On this day, the Joint Stipulation regarding TikTok Inc.'s ("TTI") Request for Entry of a Protective Order came for hearing before this Court. All Parties were given opportunity and notice to be heard, and each party was represented at the hearing by its counsel or self-represented.

Having heard all of the papers and evidence filed in support of and in opposition to the Joint Request for Entry of a Protective Order, and having heard oral argument, **IT IS HEREBY ORDERED** that the Request for Entry of a Protective Order is **GRANTED**. The Court **ORDERS** TTI to file Exhibit A attached to the Declaration of Nicholas J. Begakis no later than seven-days after entry of this Order.

**IT IS SO ORDERED.**

Dated: _____        _____

Hon. Dolly M. Gee