NIMA GHARAVI
dmca@midwestwrestle.com
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688

Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO TIKTOK INC., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK U.S. DATA SECURITY INC. | Case No.: 2-25-mc-00002-UA<br><br>**PLAINTIFF NIMA GHARAVI'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |
|---|---|

Pursuant to Local Rule 7.1-1, Plaintiff Nima Gharavi, appearing *pro se*, certifies that the following entity may have a pecuniary interest in the outcome of this pre-litigation DMCA subpoena proceeding:

- **Right Call Officials, Inc.**, an Illinois Corporation. Plaintiff is the President and sole employee of Right Call Officials, Inc., and certain revenues from the YouTube channel hosting the original copyrighted content at issue in this matter are accounted for as business income of this corporation.

Other than the parties to this proceeding and the entity listed above, Plaintiff is not aware of any other persons, associations of persons, firms, partnerships, or corporations that have a pecuniary interest in the outcome of this matter.

Dated: April 15, 2025

    /s/ Nima Gharavi
Nima Gharavi
Plaintiff *Pro Se*