NIMA GHARAVI
dmca@midwestwrestle.com
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688

Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO TIKTOK INC., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK U.S. DATA SECURITY INC. | Case No.: 2-25-mc-00002-UA<br><br>**PLAINTIFF NIMA GHARAVI'S CORRECTED NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

Pursuant to Central District of California Local Rule 7.1-1, the undersigned, appearing *pro se* as Plaintiff in this matter, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- **Right Call Officials, Inc.**, an Illinois corporation. Certain revenues from the YouTube channel hosting the original copyrighted content at issue in this matter are accounted for as business income of this corporation. The undersigned further acknowledges that Right Call Officials, Inc. has two equal shareholders; however, the non-party shareholder has no direct pecuniary interest in the outcome of this matter.

Other than Plaintiff and the entity listed above, the undersigned is not aware of any other persons, associations of persons, firms, partnerships, or corporations that have a pecuniary interest in the outcome of this matter.

Dated: April 17, 2025

    /s/ Nima Gharavi
Nima Gharavi
Plaintiff *Pro Se*