NIMA GHARAVI
dmca@midwestwrestle.com
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688

Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO TIKTOK INC., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK U.S. DATA SECURITY INC. | Case No.: 2:25−mc−00002 HDV (PDx)<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF MOTION AND MOTION TO CLARIFY JURISDICTIONAL ASSIGNMENT**<br><br>**Date:** Thursday, May 22, 2025<br>**Time:** 10:00 a.m.<br>**Courtroom:** 5B, 5th Floor<br>**Judge:** Hon. Hernán D. Vera<br>**Location:** First Street Courthouse, 350 W. 1st Street, Los Angeles, CA 90012 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on the date and time noted above, or as soon thereafter as the matter may be heard in the above-entitled Court, Plaintiff Nima Gharavi, appearing *pro se*, will and hereby does move this Court for an order clarifying that TikTok Inc.'s ("TTI") Motion for Protective Order and Plaintiff's opposition requesting an order compelling compliance with the DMCA subpoena should be heard by District Judge Vera rather than Magistrate Judge Donahue.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this action, and such other matters as may be presented to the Court at the time of the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 10, 2025.

Dated: April 19, 2025

/s/ Nima Gharavi

Nima Gharavi

Plaintiff *Pro Se*