NIMA GHARAVI
dmca@midwestwrestle.com
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688

Plaintiff *Pro Se*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO TIKTOK INC., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK U.S. DATA SECURITY INC. | Case No.: 2:25−mc−00002 HDV (PDx) <br><br> **DISCOVERY MATTER** <br><br> **[PROPOSED] ORDER CLARIFYING JURISDICTIONAL ASSIGNMENT** <br><br> **Date:** Thursday, May 22, 2025 <br> **Time:** 10:00 a.m. <br> **Courtroom:** 5B, 5th Floor <br> **Judge:** Hon. Hernán D. Vera <br> **Location:** First Street Courthouse, 350 W. 1st Street, Los Angeles, CA 90012 |

Having considered Plaintiff's Motion to Clarify Jurisdictional Assignment and good cause appearing, IT IS HEREBY ORDERED that:

1. The Motion for Protective Order filed by TikTok Inc. and Plaintiff's opposition requesting an order compelling compliance with the DMCA subpoena shall be heard by District Judge Vera; OR

2. Any ruling by Magistrate Judge Donahue on these matters shall be in the form of a report and recommendation subject to de novo review by District Judge Vera.

**IT IS SO ORDERED.**

Dated: _____, 2025                    _____

Hon. Hernán D. Vera

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER CLARIFYING JURISDICTIONAL ASSIGNMENT
Case No.: 2:25−mc−00002 HDV (PDx)