NIMA GHARAVI
dmca@midwestwrestle.com
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688

Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO TIKTOK INC., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK U.S. DATA SECURITY INC. | Case No.: 2:25−mc−00002 HDV (PDx)<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT MAY 22, 2025 HEARING**<br><br>**Date:** Thursday, May 22, 2025<br>**Time:** 10:00 a.m.<br>**Courtroom:** 5B, 5th Floor<br>**Judge:** Hon. Hernán D. Vera<br>**Location:** First Street Courthouse, 350 W. 1st Street, Los Angeles, CA 90012 |

Plaintiff Nima Gharavi, appearing *pro se*, respectfully requests permission to appear remotely via Zoom at the hearing scheduled for May 22, 2025, at 10:00 a.m. in Courtroom 5B before the Honorable Hernan D. Vera.

Plaintiff has carefully reviewed the Court's posted procedures and is fully aware that, effective April 8, 2024, no requests for remote appearance will be allowed for any hearing, motion, or conference (except for scheduling conferences). Plaintiff understands and respects this rule.

However, should the Court not vacate the hearing and rule on the papers, Plaintiff respectfully requests a special exception to appear remotely for good cause, as detailed in the accompanying Declaration of Nima Gharavi. (Gharavi Decl. ¶ 2.)

Good cause exists for this request based on the following:

1. **Medical Restrictions:** Plaintiff is currently under post-operative restrictions due to a recent surgery, which makes long-distance travel especially difficult and potentially detrimental to his recovery. (Gharavi Decl. ¶ 2(a).) If it would assist the Court in evaluating this request, Plaintiff is prepared to obtain and provide a letter from his surgeon confirming these post-operative restrictions and limitations regarding travel. (*Id.*)

2. **Geographic Distance:** Plaintiff resides in Chicago, Illinois, and traveling to Los Angeles would require significant time and expense, including airfare, lodging, and ground transportation. (Gharavi Decl. ¶ 2(b).)

3. **Financial and Professional Impact:** As a self-employed *pro se* litigant, Plaintiff bears all litigation costs personally. The time required for travel and attendance would directly reduce his ability to perform revenue-generating activities for his small business, resulting in a substantial financial impact. (Gharavi Decl. ¶ 2(c).)

4. **Good Faith Compliance with Remote Appearance Protocols:** Plaintiff understands the Court's procedures regarding remote appearances and confirms that he will follow all protocols established for remote appearances, including:

   - Being available on a reliable Internet connection for the video appearance;
   - Joining the video conference at least 15 minutes before the scheduled hearing time;
   - Remaining attentive and professional throughout the hearing. (Gharavi Decl. ¶ 2(d).)

5. **Technical Competence:** As a technology professional, Plaintiff is confident that he can participate without technical issues and will ensure a seamless remote appearance. (Gharavi Decl. ¶ 2(e).)

6. **No Prejudice:** Allowing a remote appearance would not prejudice TikTok or the Court and would ensure Plaintiff's meaningful participation in the hearing. (Gharavi Decl. ¶ 2(f).)

Plaintiff certifies that he met and conferred with TikTok's counsel on April 10, 2025, consistent with Local Rule 7-3. (Gharavi Decl. ¶ 3.)

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this request to appear remotely at the May 22, 2025 hearing.

Dated: April 22, 2025

                                                   /s/ Nima Gharavi

                                                   Nima Gharavi

                                                   Plaintiff *Pro Se*