NIMA GHARAVI
dmca@midwestwrestle.com
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688

Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO TIKTOK INC., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK U.S. DATA SECURITY INC. | Case No.: 2:25−mc−00002 HDV (PDx) **DISCOVERY MATTER** **DECLARATION OF NIMA GHARAVI IN SUPPORT OF PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE** |
|---|---|

I, Nima Gharavi, declare as follows:

1. I am the *pro se* Plaintiff in *In re DMCA Subpoena to TikTok Inc.*, Case No. 2:25-mc-00002 HDV (PDx), currently set for hearing on May 22, 2025, at 10:00 a.m. before Judge Hernan D. Vera.

2. Good cause exists for my request to appear remotely at the hearing, as set forth below:

    a. I am currently under post-operative restrictions due to a recent surgery. My physician has advised against extended travel, and I am still in the recovery phase. Traveling from Chicago, Illinois to Los Angeles, California would be physically taxing and could jeopardize my recovery. If it pleases the Court, I can obtain and submit a letter from my surgeon confirming these medical restrictions.

    b. I reside in Chicago, Illinois, and attending the hearing in person would require significant time and expense, including airfare, lodging, and ground transportation.

    c. As a self-employed *pro se* litigant, all litigation costs are my responsibility. Time spent traveling and attending the hearing would directly reduce my ability to engage in revenue-generating work for my small business, resulting in a substantial financial impact.

  d. I am a technology professional and am fully capable of participating in a remote hearing via Zoom. I will ensure a reliable internet connection, join at least 15 minutes before the scheduled time, and comply with all court protocols for remote appearances.

  e. As a technology professional with extensive experience in video conferencing, I can ensure that my remote participation will be seamless and professional.

  f. Allowing a remote appearance would not prejudice TikTok or the Court and would ensure my meaningful participation in the hearing.

3. I certify that I met and conferred with TikTok's counsel on April 10, 2025, consistent with Local Rule 7-3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 22, 2025 at Chicago, Illinois.

/s/ Nima Gharavi
Nima Gharavi

Plaintiff *Pro Se*