NIMA GHARAVI
dmca@midwestwrestle.com
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688

Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO TIKTOK INC., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK U.S. DATA SECURITY INC. | Case No.: 2:25−mc−00002 HDV (PDx)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE AT MAY 22, 2025 HEARING**<br><br>**Date:** Thursday, May 22, 2025<br>**Time:** 10:00 a.m.<br>**Courtroom:** 5B, 5th Floor<br>**Judge:** Hon. Hernán D. Vera<br>**Location:** First Street Courthouse, 350 W. 1st Street, Los Angeles, CA 90012 |

The Court, having considered Plaintiff Nima Gharavi's Request for Remote Appearance at the May 22, 2025 hearing and the Declaration of Nima Gharavi in support thereof, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Plaintiff's Request for Remote Appearance is GRANTED.
2. Plaintiff Nima Gharavi may appear remotely via Zoom videoconference at the hearing scheduled for May 22, 2025, at 10:00 a.m. in Courtroom 5B.
3. Plaintiff shall use the Zoom connection information provided on Judge Vera's website (Zoom link: https://zoom.us/j/1607025910, Telephone: (669) 254-5252, Webinar ID: 160 702 5910, Passcode: 548858) to appear at the hearing.
4. Plaintiff shall comply with all Court protocols for remote appearances, including joining the video conference at least 15 minutes before the scheduled hearing time and ensuring a reliable internet connection.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Hon. Hernán D. Vera

UNITED STATES DISTRICT JUDGE