NIMA GHARAVI

dmca@midwestwrestle.com

4610 North Clark St. #1098

Chicago, IL 60640

+1 (773) 899-4688

Plaintiff *Pro Se*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO TIKTOK INC., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK U.S. DATA SECURITY INC. | Case No.: 2:25−mc−00002 HDV (PDx)<br><br>**EX PARTE APPLICATION FOR LEAVE TO AMEND DMCA SUBPOENA** |

Plaintiff Nima Gharavi respectfully requests leave to amend the DMCA subpoena previously issued in this matter to include additional infringing TikTok accounts that were discovered after the original subpoena was served.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. **Background**

   Plaintiff originally sought a DMCA subpoena for certain TikTok accounts in January 2025. Since that time, and while awaiting resolution of TikTok Inc.'s motion for protective order, Plaintiff has identified additional accounts that appear to be engaged in similar infringing activity.

2. **Reason for Request**

   Plaintiff had intended to raise this request for amendment during traditional oral argument at the May 22, 2025 hearing. However, because the hearing was conducted efficiently and the Court was prepared to rule, Plaintiff did not have the opportunity to present this additional request at that time.

3. **Legal Support**

   Courts routinely permit amendment of DMCA subpoenas in ongoing proceedings to address newly discovered infringers. See, e.g., *In re DMCA Section 512(h) Subpoena to X Corp.*, No. 3:25-mc-80056-LB, Dkt. 4 (N.D. Cal. May 7, 2025).

4. **No Prejudice**

   No party will be prejudiced by this amendment. TikTok Inc. will have the opportunity to respond, and the amendment will promote judicial efficiency by allowing all relevant accounts to be addressed in a single proceeding.

5. **Conclusion**

   For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to amend the DMCA subpoena to include the additional infringing accounts identified in the attached proposed amended subpoena and declaration.

EX PARTE APPLICATION FOR LEAVE TO AMEND DMCA SUBPOENA
CASE NO.: 2:25−mc−00002 HDV (PDx)

Dated: May 22, 2025

/s/ Nima Gharavi

Nima Gharavi

Plaintiff *Pro Se*

EX PARTE APPLICATION FOR LEAVE TO AMEND DMCA SUBPOENA
CASE NO.: 2:25−mc−00002 HDV (PDx)

**CERTIFICATE OF SERVICE**

The undersigned, appearing *pro se* as Plaintiff, certifies the foregoing document was filed on the Court's CM/ECF system, which provided notice to all parties.

Dated: May 22, 2025

/s/ Nima Gharavi

Nima Gharavi

Plaintiff *Pro Se*

EX PARTE APPLICATION FOR LEAVE TO AMEND DMCA SUBPOENA
CASE NO.: 2:25−mc−00002 HDV (PDx)