# Exhibit 4

DMCA Takedown Notification #1

**From:** noreply-ip-reports@tiktok.com <noreply-ip-reports@tiktok.com>
**Sent:** Thursday, January 2, 2025 1:31 PM
**To:** dmca@midwestwrestle.com
**Subject:** Intellectual Property Report #7455393344607059974

[External email - use caution]

Hello,

Thanks for reaching out! This is an automatic response to let you know that we
have received your report. For reference, your report number is
#7455393344607059974. A copy of your report has been included at the end of
this e-mail.
We take your report seriously and will process it as soon as possible. Please do not
submit duplicate reports.
Please note that the webform you have submitted is for reports pertaining to
infringements or violations of your Intellectual Property rights, such as copyright
or trademark protected work(s). If you are seeking help for violations of other
types of legal rights or for flagging inappropriate content on TikTok, the links
below might be helpful:

1. Privacy violation: https://www.tiktok.com/legal/report/privacy

2. Impersonation of individual(s): https://www.tiktok.com/legal/report /feedback

3. Community Guidelines violation: https://www.tiktok.com/legal/report/feedback

If the links above do not contain the information you are looking for, please refer
to our Help Center for guidance: https://support.tiktok.com.


This e-mail is an automatic response. Please do not reply to this e-mail.


Thanks,

TikTok Team

----------------------------------------------------

Your full legal name: Nima Gharavi
Name of the copyright owner: Nima Gharavi D.B.A. Midwest Wrestle
Your email address: dmca@midwestwrestle.com
Your physical address: 4610 North Clark St. #1098, Chicago, IL 60640
Your phone number: 7738994688
Your relationship to the copyright owner: Owner
Reported link: https://www.tiktok.com/@liam
rt24/video/7435155694904495390,https://www.tiktok.com/@liamrt24/video/7435
365890155154719,https://www.tiktok.com/@liamrt24/video/74506754682666877
74,https://www.tiktok.com/@g_boy2005/video/7437126002469260551,https://ww
w.tiktok.com/@g_boy2005/video/7440024974250773767,https://www.tiktok.com/
@g_boy2005/video/7437839674241977608,https://www.tiktok.com/@g_boy2005/
video/7437471111111036167,https://www.tiktok.com/@g_boy2005/video/743709
9944357448967,https://www.tiktok.com/@g_boy2005/video/74425403244104122
95,https://www.tiktok.com/@g_boy2005/video/7442511774521330951,https://ww
w.tiktok.com/@g_boy2005/video/7441597490815683858,https://www.tiktok.com/
@g_boy2005/video/7441551469733678343,https://www.tiktok.com/@g_boy2005/
video/7445647650499726599,https://www.tiktok.com/@g_boy2005/video/744566
3348273761544,https://www.tiktok.com/@g_boy2005/video/74456546458437583
54,https://www.tiktok.com/@g_boy2005/video/7444558964227968263,https://ww
w.tiktok.com/@g_boy2005/video/7444540095819943186,https://
www.tiktok.com/@g_boy2005/video/7444529710983286023,https://www.tiktok.c
om/@g_boy2005/video/7444185368133504263,https://www.tiktok.com/@g_boy2
005/video/7443309311524130055,https://www.tiktok.com/@g_boy2005/video/74
43038086419877128,https://www.tiktok.com/@g_boy2005/video/7442680982257
470738,https://www.tiktok.com/@g_boy2005/video/7446714923633380616,https:
//www.tiktok.com/@g_boy2005/video/7446679121607904519,https://www.tiktok.
com/@g_boy2005/video/7447502906640567570,https://www.tiktok.com/@g_boy
2005/video/7447106274400963847,https://www.tiktok.com/@g_boy2005/video/7
424362254449102098,https://www.tiktok.com/@g_boy2005/video/742412529842
7333895,https://www.tiktok.com/@g_boy2005/video/7422663421818064136,https
://www.tiktok.com/@g_boy2005/video/7422636329869004039,https://www.tiktok
.com/@g_boy2005/video/7421554347181378823,https://www.tiktok.com/@g_boy
2005/video/7418217294561578248,https://www.tiktok.com/@g_boy2005/video/7

415253666829028626,https://www.tiktok.com/@g_boy2005/video/74256
69962171239698,https://www.tiktok.com/@g_boy2005/video/7425654246139235
602,https://www.tiktok.com/@g_boy2005/video/7425195770627886354,https://w
ww.tiktok.com/@g_boy2005/video/7424881102520618248,https://www.tiktok.co
m/@g_boy2005/video/7424799358404611346,https://www.tiktok.com/@g_boy20
05/video/7424752876238441746,https://www.tiktok.com/@g_boy2005/video/742
2279198183558418,https://www.tiktok.com/@arabibabe/video/743690802444863
4158,https://www.tiktok.com/@vikat_17/video/7446054381427887378,https://ww
w.tiktok.com/@vikat_17/video/7437452659730287880,https://www.tiktok.com/@
vikat_17/video/7453614958253755656,https://www.tiktok.com/@vikat_17/video/
7452820868318727431,https://www.tiktok.com/@vikat_17/video/7452487146142
731528,https://www.tiktok.com/@vikat_17/video/7450539243887168786,https://
www.tiktok.com/@vikat_17/video/7450467344066907400,https://www.tiktok.co
m/@vikat_17/video/7450430516802735367,https://www.tiktok.com/@vikat_17/vi
deo/7450272269366005000,https://www.tiktok.com/@vikat_1
7/video/7449709105431809298,https://www.tiktok.com/@vikat_17/video/744952
0529523903751,https://www.tiktok.com/@vikat_17/video/7448649375066246407
,https://www.tiktok.com/@vikat_17/video/7448554981654875410,https://www.tik
tok.com/@vikat_17/video/7448397282468236551,https://www.tiktok.com/@vikat
_17/video/7447611558328372488,https://www.tiktok.com/@k.phn.din765/video/7
325007747081112833,https://www.tiktok.com/@k.phn.din765/video/7324265198
078938370,https://www.tiktok.com/@k.phn.din765/video/7323866472206519553,
https://www.tiktok.com/@k.phn.din765/video/7320829148711226626,https://ww
w.tiktok.com/@k.phn.din765/video/7315359998165486850,https://www.tiktok.co
m/@k.phn.din765/video/7312317369492327681,https://www.tiktok.com/@k.phn.
din765/video/7308589778788748545,https://www.tiktok.com/@k.phn.din765/vide
o/7306011791572684033,https://www.tiktok.com/@k.phn.din765/video/73048852
71139470594,https://www.tiktok.com/@k.phn.din765/video/73041386555080901
14,https://www.tiktok.com/@k.phn.din765/video/7
303773830051400962,https://www.tiktok.com/@k.phn.din765/video/7303441507
950808322,https://www.tiktok.com/@k.phn.din765/video/7303037809206627586,
https://www.tiktok.com/@k.phn.din765/video/7302650678579612929,https://ww
w.tiktok.com/@k.phn.din765/video/7301911800977591554,https://www.tiktok.co
m/@k.phn.din765/video/7301175067231145218,https://www.tiktok.com/@k.phn.
din765/video/7300889313821084929,https://www.tiktok.com/@k.phn.din765/vide
o/7300785798788517122,https://www.tiktok.com/@k.phn.din765/video/73004491
42046870785,https://www.tiktok.com/@k.phn.din765/video/73000620471008166
42,https://www.tiktok.com/@k.phn.din765/video/7299776045480168705,https://w
ww.tiktok.com/@k.phn.din765/video/7299322066761731329,https://www.tiktok.c
om/@k.phn.din765/video/7299318590216424705,https://www.tiktok.com/@k.phn

.din765/video/7299073173809646849,https://www.tiktok.com/@k.phn.din765/vid
eo/7299024164898229506,https://www.tiktok.com/@k.phn.din765/video/7298926
628711828737,https://www.tiktok.com/@k.phn.din
765/video/7298562075104759041,https://www.tiktok.com/@k.phn.din765/video/7
298272622738033921,https://www.tiktok.com/@k.phn.din765/video/7298207336
684866817,https://www.tiktok.com/@k.phn.din765/video/7296698335107288322,
https://www.tiktok.com/@k.phn.din765/video/7296425583368555777,https://ww
w.tiktok.com/@k.phn.din765/video/7296346910510550274,https://www.tiktok.co
m/@k.phn.din765/video/7296333266313907458,https://www.tiktok.com/@k.phn.
din765/video/7296099257101061377,https://www.tiktok.com/@k.phn.din765/vide
o/7295956018356391169,https://www.tiktok.com/@k.phn.din765/video/72957524
27767155970,https://www.tiktok.com/@k.phn.din765/video/72956010150536675
86,https://www.tiktok.com/@k.phn.din765/video/7294863509278461186,https://w
ww.tiktok.com/@k.phn.din765/video/7294607442481138946,https://www.tiktok.c
om/@k.phn.din765/video/7294483651381693697,https://www.tiktok.com/@k.phn
.din765/video/7294233934110428417,https://www.tiktok.com/@k.phn.din765/vid
eo/7294218943319837954,https://www.tiktok.com
[/@k.phn.din765/video/7294155365594270978,https://www.tiktok.com/@k.phn.di
n765/video/7294096318660758785,https://www.tiktok.com/@k.phn.din765/video/
7289669728602279169,https://www.tiktok.com/@k.phn.din765/video/728857583
7463530753,https://www.tiktok.com/@k.phn.din765/video/728830191678049817
7,https://www.tiktok.com/@k.phn.din765/video/7313052508040088834,https://w
ww.tiktok.com/@marcoaureliosexy/video/7401146106572180742,https://www.tikt
ok.com/@marcoaureliosexy/video/7400782503050497286,https://www.tiktok.com
/@marcoaureliosexy/video/7398232631592193285,https://www.tiktok.com/@odip
iefit_customizedwork/video/7451432236764663086,https://www.tiktok.com/@odi
piefit_customizedwork/video/7450686211661778222,https://www.tiktok.com/@o
dipiefit_customizedwork/video/7450292515367882030,https://www.tiktok.com/@
odipiefit_customizedwork/video/7449198974411476266,https://www.tiktok.com/
@odipiefit_customizedwork/video/7448813369408326958,https://www.tiktok.co
m/@odipiefit_customizedwork/video/7447702493](#)
439561006,https://www.tiktok.com/@sportboyshot/video/7068456561189850373,
https://www.tiktok.com/@craft.live8/video/7425578663944946976,https://www.ti
ktok.com/@craft.live8/video/7424205327479868704,https://www.tiktok.com/@cr
aft.live8/video/7424823788363173152,https://www.tiktok.com/@hhh273722/vide
o/7347894469762534663,https://www.tiktok.com/@hhh273722/video/734770969
3550267656,https://www.tiktok.com/@hhh273722/video/7329550187163225352,
https://www.tiktok.com/@hhh273722/video/7329193049798511890,https://www.t
iktok.com/@4kaviation.box/video/7444311042517110047,https://www.tiktok.com
/@4kaviation.box/video/7444311365147249951,https://www.tiktok.com/@4kaviat

ion.box/video/7444312011208412446,https://www.tiktok.com/@4kaviation.box/video/7444312627443928351,https://www.tiktok.com/@fantassticvideos/video/7447161138640473349,https://www.tiktok.com/@fantassticvideos/video/74434135867
11465272,https://www.tiktok.com/@fantassticvideos/video/74416383472918561
84,https://www.tiktok.com/@fantassticvid
eos/video/7439748135338970424,https://www.tiktok.com/@fantassticvideos/video/7438985198135495991,https://www.tiktok.com/@fantassticvideos/video/743643
8713774755127,https://www.tiktok.com/@fantassticvideos/video/7435318837895
105848,https://www.tiktok.com/@fantassticvideos/video/7434540412263779639,https://www.tiktok.com/@fantassticvideos/video/7433081016194993413,https://www.tiktok.com/@fantassticvideos/video/7430805940355599622,https://www.tiktok.com/@fantassticvideos/video/7430802685936389381,https://www.tiktok.com/@fantassticvideos/video/7430085129210514693,https://www.tiktok.com/@fantassticvideos/video/7430065025886260485,https://www.tiktok.com/@fantassticvideos/video/7430064896236096774,https://www.tiktok.com/@fantassticvideos/video/74290
15496898546950,https://www.tiktok.com/@fantassticvideos/video/742751764662
4591109,https://www.tiktok.com/@fantassticvideos/video/7426899794720787717,https://www.tiktok.com/@fantassticvideos/video/7425604238874660102,https://www.tiktok.com/@fanta
ssticvideos/video/7425309531925794053,https://www.tiktok.com/@fantassticvideos/video/7424245132054088965,https://www.tiktok.com/@fantassticvideos/video/7424115342206602501,https://www.tiktok.com/@eryolmx/video/7455111510394
768641,https://www.tiktok.com/@flyx.aep/video/7446931367612386591,https://www.tiktok.com/@flyx.aep/video/7447493885049228574,https://www.tiktok.com/@flyx.aep/video/7448012619442687263,https://www.tiktok.com/@str8bicuriouss/video/7444778497639206186,https://www.tiktok.com/@str8bicuriouss/video/7445
704087225552174,https://www.tiktok.com/@str8bicuriouss/video/7443904765324
528942,https://www.tiktok.com/@str8bicuriouss/video/7440704545602194734,https://www.tiktok.com/@4kaviation.box,(Profile,Photo),https://www.tiktok.com/@sport_boys_guys,(Profile,Photo)

Type of copyrighted work: Video

Description of copyrighted work: The alleged infringement involves (a) motion picture(s) ("the Work") that I created and that I retain exclusive copyright(s) to. The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing (an) unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

Statement: I, in good faith, believe that the reported use of the material, in the manner complained of, is not authorized by the copyright owner, its agent, or the law.,I state the above information is accurate, and under penalty of perjury that I

am the intellectual property right owner or am authorized to act on behalf of the
intellectual property right owner.,I acknowledge that all information submitted in
my copyright infringement notification may be forwarded to the uploader of the
content, to lumendatabase.org, or otherwise made public in any way by TikTok or
a third party.
Signature: Nima Gharavi
Proof of rights and authorization: Screenshot of My YouTube Logged-in
Profile.png,Letter.pdf
Attachment:

DMCA Takedown Notification #2

**From:** noreply_ip-reports@tiktok.com <noreply_ip-reports@tiktok.com>
**Sent:** Saturday, December 23, 2023 12:39 AM
**To:** Nima Gharavi <nima@colorado.edu>
**Subject:** Intellectual Property Report #7315666115267149829

Hello,
Thanks for reaching out! This is an automatic response to let you know that we have received your report. For reference, your report number is #7315666115267149829. A copy of your report has been included at the end of this e-mail. We take your report seriously and will process it as soon as possible. Please do not submit duplicate reports. Please note that the webform you have submitted is for reports pertaining to infringements or violations of your Intellectual Property rights, such as copyright or trademark protected work(s). If you are seeking help for violations of other types of legal rights or for flagging inappropriate content on TikTok, the links below might be helpful:
1. Privacy violation: https://www.tiktok.com/legal/report/privacy
2. Impersonation of individual(s): https://www.tiktok.com/legal/report/feedback
3. Community Guidelines violation: https://www.tiktok.com/legal/report/feedback
If the links above do not contain the information you are looking for, please refer to our Help Center for guidance: https://support.tiktok.com.
This e-mail is an automatic response. Please do not reply to this e-mail.

Thanks,
TikTok Team
---------------------------------------------------
Your full legal name: Nima Gharavi
Name of the copyright owner: Nima Gharavi D.B.A. Midwest Wrestle
Your email address: nima@mwrestle.com
Your physical address: 222 W Merchandise Mart Plaza #1305, Chicago, IL 60654
Your phone number: 7738994688
Your relationship to the copyright owner: Owner
Reported link:
https://www.tiktok.com/@bbcboyz7/video/7293145801285750062,https://www.tiktok.com/@bbcboyz7/video/7293146267469827371,https://www.tiktok.com/@bro54013/video/7277336991883185414,https://www.tiktok.com/@bro54013/video/7282141623025290501,https://www.tiktok.com/@bro54013/video/72828845829769116741,https://www.tiktok.com/@bro54013/video/7283626297207639301,https://www.tiktok.com/@bro54013/video/7291054691532721414,https://www.tiktok.com/

@bro54013/video/7291424702126394629,https://www.tiktok.com/@bro54013/video/7292168352133303557,https://www.tiktok.com/@bro54013/video/7293650554574720261,https://www.tiktok.com/@bro54013/video/7294384937644346629,https://www.tiktok.com/@bro54013/video/7295153569408290054,https://www.tiktok.com/@bro54013/video/7296988673545948421,https://www.tiktok.com/@bro54013/video/7299968517212818693,https://www.tiktok.com/@bro54013/video/7300321798015569158,https://www.tiktok.com/@bro54013/video/7301073618337828101,https://www.tiktok.com/@bro54013/video/7301443851409952005,https://www.tiktok.com/@bro54013/video/7302556049830087942,https://www.tiktok.com/@bro54013/video/7302947956913622277,https://www.tiktok.com/@bro54013/video/7303299087581908230,https://www.tiktok.com/@bro54013/video/7303675046529223941,https://www.tiktok.com/@bro54013/video/7305155660574936325,https://www.tiktok.com/@bro54013/video/7306648938734570757,https://www.tiktok.com/@cnielsen83/video/7094891289593793793,https://www.tiktok.com/@doravnuycv0/video/7290129905977740575,https://www.tiktok.com/@doravnuycv0/video/7290130838442741022,https://www.tiktok.com/@doravnuycv0/video/7290160643259239711,https://www.tiktok.com/@doravnuycv0/video/7290164294505876766,https://www.tiktok.com/@gaymomentstiktok/video/7278370222120111406,https://www.tiktok.com/@gaymomentstiktok/video/7283246367458331950,https://www.tiktok.com/@gaymomentstiktok/video/7283558169412947246,https://www.tiktok.com/@guys.sporty/video/7299722596101246213,https://www.tiktok.com/@hotti3boyz429/video/7289636556527209758,https://www.tiktok.com/@hotti3boyz429/video/7290320421507829023,https://www.tiktok.com/@hotti3boyz429/video/7291125762101431582,https://www.tiktok.com/@hotti3boyz429/video/7291484922122947871,https://www.tiktok.com/@hotti3boyz429/video/7292209798945328415,https://www.tiktok.com/@hotti3boyz429/video/7292871546417220895,https://www.tiktok.com/@hotti3boyz429/video/7293699494917573918,https://www.tiktok.com/@hotti3boyz429/video/7294100245741341983,https://www.tiktok.com/@hotti3boyz429/video/7295476409768709419,https://www.tiktok.com/@hotti3boyz429/video/7296304736872074542,https://www.tiktok.com/@hotti3boyz429/video/7296664656939142442,https://www.tiktok.com/@hotti3boyz429/video/7297030104919486010,https://www.tiktok.com/@hotti3boyz429/video/7297392750729710890,https://www.tiktok.com/@hotti3boyz429/video/7297776668465302826,https://www.tiktok.com/@hotti3boyz429/video/7300698317095324974,https://www.tiktok.com/@hotti3boyz429/video/7304799801231543582,https://www.tiktok.com/@hotti3boyz429/video/7305232052209683742,https://www.tiktok.com/@hotti3boyz429/video/7305989574193433886,https://www.tiktok.com/@hotti3boyz429/video/7306353061566369054,https://www.tiktok.com/@ilovelifting73/video/7276977747518393642,https://www.tiktok.com/@jey_ray/video/7274661221339598123,https://www.tiktok.com/@jey_ray/video/7280279566470401326,https://www.tiktok.com/

@jey_ray/video/7281775896141237547,https://www.tiktok.com/@jey_ray/video/7288096361042562350,https://www.tiktok.com/@jey_ray/video/7288414773379616042,https://www.tiktok.com/@jey_ray/video/7289175875168324906,https://www.tiktok.com/@jey_ray/video/7289180828712881454,https://www.tiktok.com/@jey_ray/video/7289533534824320299,https://www.tiktok.com/@jey_ray/video/7289555406043630894,https://www.tiktok.com/@jey_ray/video/7289940608540626219,https://www.tiktok.com/@jey_ray/video/7308403242415885614,https://www.tiktok.com/@jey_ray/video/7308418833948233006,https://www.tiktok.com/@jpedrazzza/video/7102221848892509482,https://www.tiktok.com/@manoletta_2/video/7299872591412546848,https://www.tiktok.com/@manoletta_2/video/7300008214794341664,https://www.tiktok.com/@manoletta_2/video/7300743080955759905,https://www.tiktok.com/@manoletta_2/video/7302152703155735841,https://www.tiktok.com/@manoletta_2/video/7302762744783080736,https://www.tiktok.com/@manoletta_2/video/7304043538247912737,https://www.tiktok.com/@manoletta_2/video/7308135168798199072,https://www.tiktok.com/@midwest.wrestle/video/7281209308488994090,https://www.tiktok.com/@midwest.wrestle/video/7281210924298538283,https://www.tiktok.com/@midwest.wrestle/video/7281214355113364779,https://www.tiktok.com/@midwest.wrestle/video/7281215692538383658,https://www.tiktok.com/@midwest.wrestle/video/7281557777984638250,https://www.tiktok.com/@midwest.wrestle/video/7281560158021455147,https://www.tiktok.com/@midwest.wrestle/video/7281569982616587563,https://www.tiktok.com/@midwest.wrestle/video/7281600933929372974,https://www.tiktok.com/@midwest.wrestle/video/7282232272269446443,https://www.tiktok.com/@midwest.wrestle/video/7282676290920942894,https://www.tiktok.com/@midwest.wrestle/video/7282676709013605678,https://www.tiktok.com/@midwest.wrestle/video/7282715234811317550,https://www.tiktok.com/@midwest.wrestle/video/7306191401232960814,https://www.tiktok.com/@midwest.wrestle/video/7306191821552651566,https://www.tiktok.com/@midwest.wrestle/video/7306192246892793131,https://www.tiktok.com/@midwest.wrestle/video/7306192675219492142,https://www.tiktok.com/@midwest.wrestle/video/7306528761678138667,https://www.tiktok.com/@midwest.wrestle/video/7306531088904604970,https://www.tiktok.com/@midwest.wrestle/video/7306532174281608494,https://www.tiktok.com/@midwest.wrestle/video/7306532239192378666,https://www.tiktok.com/@midwest.wrestle/video/7306535095412722987,https://www.tiktok.com/@midwest.wrestle/video/7306535149280316718,https://www.tiktok.com/@midwest.wrestle/video/7306896803616558378,https://www.tiktok.com/@midwest.wrestle/video/7306896977369779498,https://www.tiktok.com/@midwest.wrestle/video/7306897203044355374,https://www.tiktok.com/@midwest.wrestle/video/7306899287420538155,https://www.tiktok.com/@midwest.wrestle/video/7306899784433028394,https://www.tiktok.com/@midwest.wrestle/video/7307265368169385258,https://www.tiktok.com/@midwest.wrestle/v

ideo/7307265562449677610,https://www.tiktok.com/@midwest.wrestle/video/730
7266049647398186,https://www.tiktok.com/@midwest.wrestle/video/7307266233
030823214,https://www.tiktok.com/@midwest.wrestle/video/73072663082093970
34,https://www.tiktok.com/@midwest.wrestle/video/7307637712465497386,https:
//www.tiktok.com/@midwest.wrestle/video/7307637858276314410,https://www.ti
ktok.com/@midwest.wrestle/video/7307640501623196970,https://www.tiktok.co
m/@midwest.wrestle/video/7307640582472551722,https://www.tiktok.com/@mid
west.wrestle/video/7307640669126888746,https://www.tiktok.com/@midwest.wre
stle/video/7307640747644226859,https://www.tiktok.com/@mmabuff06/video/72
43042760490716462,https://www.tiktok.com/@mmabuff06/video/7264715661111
332142,https://www.tiktok.com/@mmabuff06/video/7264715666945756462,https:
//www.tiktok.com/@mmabuff06/video/7264718221792660779,https://www.tiktok
.com/@mmabuff06/video/7276606619151076651,https://www.tiktok.com/@mma
buff06/video/7303246143411047710,https://www.tiktok.com/@mmabuff06/video/
7303283779676802334,https://www.tiktok.com/@mmabuff06/video/73032844975
19267103,https://www.tiktok.com/@mossholy/video/7280559452061764910,https
://www.tiktok.com/@mossholy/video/7280569749967277358,https://www.tiktok.c
om/@mossholy/video/7280989411360148782,https://www.tiktok.com/@mossholy
/video/7281343223287631147,https://www.tiktok.com/@mossholy/video/7281749
311900224810,https://www.tiktok.com/@mossholy/video/7283152521781120302,
https://www.tiktok.com/@mossholy/video/7283966441278246187,https://www.tik
tok.com/@mossholy/video/7292142350606863659,https://www.tiktok.com/@mun
dofitness_teen/video/7282468716288232709,https://www.tiktok.com/@mundofitn
ess_teen/video/7286836086179990789,https://www.tiktok.com/@mundofitness_te
en/video/7289791383571844358,https://www.tiktok.com/@mundofitness_teen/vid
eo/7289793548663164166,https://www.tiktok.com/@mundofitness_teen/video/72
90577828460940550,https://www.tiktok.com/@mundofitness_teen/video/7290735
297623559429,https://www.tiktok.com/@mundofitness_teen/video/729831557516
6586118,https://www.tiktok.com/@myphbl/video/7278149074338008326,https://
www.tiktok.com/@myphbl/video/7283137343379213574,https://www.tiktok.com/
@myphbl/video/7298371445598489861,https://www.tiktok.com/@myphbl/video/
7306919108598091014,https://www.tiktok.com/@pijat_semarang_pria_cowo/vide
o/7222378922200091931,https://www.tiktok.com/@robeloangel_fan/video/72995
99633649618218,https://www.tiktok.com/@robeloangel_fan/video/729991529193
9687726,https://www.tiktok.com/@robeloangel_fan/video/7299991296674909483
,https://www.tiktok.com/@robeloangel_fan/video/7300107227489127722,https://
www.tiktok.com/@robeloangel_fan/video/7300243455156981038,https://www.tik
tok.com/@robeloangel_fan/video/7300244015734164778,https://www.tiktok.com/
@robeloangel_fan/video/7300997662411623723,https://www.tiktok.com/@robelo
angel_fan/video/7301501106927029550,https://www.tiktok.com/@robeloangel_fa

n/video/7301501556191399210,https://www.tiktok.com/@robeloangel_fan/video/7301555033232002350,https://www.tiktok.com/@robeloangel_fan/video/7301593307292077358,https://www.tiktok.com/@robeloangel_fan/video/7301782455961292074,https://www.tiktok.com/@robeloangel_fan/video/7302159623484607790,https://www.tiktok.com/@robeloangel_fan/video/7302169599573822763,https://www.tiktok.com/@robeloangel_fan/video/7302288638207921450,https://www.tiktok.com/@robeloangel_fan/video/7302868340492569898,https://www.tiktok.com/@robeloangel_fan/video/7302870695178931502,https://www.tiktok.com/@robeloangel_fan/video/7302897421233851694,https://www.tiktok.com/@robeloangel_fan/video/7302898799180205358,https://www.tiktok.com/@robeloangel_fan/video/7302999374894943530,https://www.tiktok.com/@robeloangel_fan/video/7303004913489939754,https://www.tiktok.com/@robeloangel_fan/video/7303006206291922219,https://www.tiktok.com/@robeloangel_fan/video/7303006545078471978,https://www.tiktok.com/@robeloangel_fan/video/7303203839815994667,https://www.tiktok.com/@robeloangel_fan/video/7303203911819644202,https://www.tiktok.com/@robeloangel_fan/video/7303210286947913003,https://www.tiktok.com/@robeloangel_fan/video/7303309135494303022,https://www.tiktok.com/@robeloangel_fan/video/7303331629223775530,https://www.tiktok.com/@robeloangel_fan/video/7303398259006016814,https://www.tiktok.com/@robeloangel_fan/video/7303601637413768491,https://www.tiktok.com/@robeloangel_fan/video/7303964425466219822,https://www.tiktok.com/@robeloangel_fan/video/7304059529493237034,https://www.tiktok.com/@robeloangel_fan/video/7304449073615080747,https://www.tiktok.com/@robeloangel_fan/video/7304721752607722795,https://www.tiktok.com/@robeloangel_fan/video/7304792728330636586,https://www.tiktok.com/@robeloangel_fan/video/7305101734639144238,https://www.tiktok.com/@robeloangel_fan/video/7305104892752923946,https://www.tiktok.com/@robeloangel_fan/video/7305145765624712494,https://www.tiktok.com/@robeloangel_fan/video/7305440648398900526,https://www.tiktok.com/@robeloangel_fan/video/7305440651607461166,https://www.tiktok.com/@robeloangel_fan/video/7305638196069633323,https://www.tiktok.com/@robeloangel_fan/video/7305899337345764651,https://www.tiktok.com/@robeloangel_fan/video/7306323522349976878,https://www.tiktok.com/@robeloangel_fan/video/7306355384476814634,https://www.tiktok.com/@robeloangel_fan/video/7307241594489556266,https://www.tiktok.com/@robeloangel_fan/video/7307320754717134122,https://www.tiktok.com/@robeloangel_fan/video/7307339328580095274,https://www.tiktok.com/@robeloangel_fan/video/7308115988485262638,https://www.tiktok.com/@sandro_sv_/video/7256718095304199430,https://www.tiktok.com/@sandro_sv_/video/7256914126465666309,https://www.tiktok.com/@sandro_sv_/video/7257087205917740293,https://www.tiktok.com/@sandro_sv_/video/7257457733736189189,https://www.tiktok.com/@sandro_sv_/video/7259691046307663109,https://www.tiktok.com/@sandro_sv_

/video/7270237844747078918,https://www.tiktok.com/@sandro_sv_/video/72711
88345378688261,https://www.tiktok.com/@sandro_sv_/video/7278612092330970
373,https://www.tiktok.com/@sandro_sv_/video/7282547906752679173,https://w
ww.tiktok.com/@sandro_sv_/video/7285113818617892102,https://www.tiktok.co
m/@sandro_sv_/video/7285860433238576389,https://www.tiktok.com/@sandro_s
v_/video/7286223818526444806,https://www.tiktok.com/@sandro_sv_/video/728
6400170294562053,https://www.tiktok.com/@sandro_sv_/video/72866025345824
88325,https://www.tiktok.com/@sandro_sv_/video/7286774549041908998,https://
www.tiktok.com/@sandro_sv_/video/7286964626313465094,https://www.tiktok.c
om/@sandro_sv_/video/7287152805511548166,https://www.tiktok.com/@sandro_
sv_/video/7287730021999840518,https://www.tiktok.com/@sandro_sv_/video/72
88078544209546502,https://www.tiktok.com/@sandro_sv_/video/7288257002600
434950,https://www.tiktok.com/@sandro_sv_/video/7288459671776595205,https:
//www.tiktok.com/@sandro_sv_/video/7288881713869081862,https://www.tiktok.
com/@sandro_sv_/video/7289002296346742022,https://www.tiktok.com/@sandro
_sv_/video/7289196143911783685,https://www.tiktok.com/@sandro_sv_/video/7
289739224457399558,https://www.tiktok.com/@sandro_sv_/video/729106190029
9750661,https://www.tiktok.com/@sandro_sv_/video/7291424589916261638,http
s://www.tiktok.com/@sandro_sv_/video/7291597895713721606,https://www.tikto
k.com/@sandro_sv_/video/7291684350628744454,https://www.tiktok.com/@sand
ro_sv_/video/7291801638321278214,https://www.tiktok.com/@sandro_sv_/video/
7291974038853930245,https://www.tiktok.com/@sandro_sv_/video/72920632873
17990661,https://www.tiktok.com/@sandro_sv_/video/7292163804874558726,htt
ps://www.tiktok.com/@sandro_sv_/video/7292358814752443654,https://www.tikt
ok.com/@sandro_sv_/video/7292452340588760325,https://www.tiktok.com/@san
dro_sv_/video/7292550996281134341,https://www.tiktok.com/@sandro_sv_/vide
o/7292715693559090438,https://www.tiktok.com/@sandro_sv_/video/729291279
1487368454,https://www.tiktok.com/@sandro_sv_/video/7293088106893298949,
https://www.tiktok.com/@sandro_sv_/video/7293304934408146181,https://www.t
iktok.com/@sandro_sv_/video/7293304934408146181,https://www.tiktok.com/@s
andro_sv_/video/7293446250962406661,https://www.tiktok.com/@sandro_sv_/vi
deo/7293652681418083589,https://www.tiktok.com/@sandro_sv_/video/7293843
427114945798,https://www.tiktok.com/@sandro_sv_/video/729439381842462643
8,https://www.tiktok.com/@sandro_sv_/video/7294567171391294725,https://ww
w.tiktok.com/@sandro_sv_/video/7295328509692497157,https://www.tiktok.com/
@sandro_sv_/video/7295679453290614021,https://www.tiktok.com/@sandro_sv_
/video/7296991043789032709,https://www.tiktok.com/@sandro_sv_/video/72971
60519918554374,https://www.tiktok.com/@sandro_sv_/video/7297362632779091
205,https://www.tiktok.com/@sandro_sv_/video/7297557425375268102,https://w
ww.tiktok.com/@sandro_sv_/video/7297909510977441030,https://www.tiktok.co

m/@sandro_sv_/video/7298100976576187653,https://www.tiktok.com/@sandro_s v_/video/7298282375597804805,https://www.tiktok.com/@sandro_sv_/video/729 8473359761739014,https://www.tiktok.com/@sandro_sv_/video/72986515236749 50917,https://www.tiktok.com/@sandro_sv_/video/7298843760778038533,https:// www.tiktok.com/@sandro_sv_/video/7299019786586049798,https://www.tiktok.c om/@sandro_sv_/video/7299396236761713925,https://www.tiktok.com/@sandro_ sv_/video/7299589266328308998,https://www.tiktok.com/@sandro_sv_/video/72 99768348571651334,https://www.tiktok.com/@sandro_sv_/video/7299971739818 151173,https://www.tiktok.com/@sandro_sv_/video/7300138094898990342,https: //www.tiktok.com/@sandro_sv_/video/7300331937250413830,https://www.tiktok. com/@sandro_sv_/video/7300521792748145925,https://www.tiktok.com/@sandro _sv_/video/7300874667294739718,https://www.tiktok.com/@sandro_sv_/video/7 301073133593824517,https://www.tiktok.com/@sandro_sv_/video/730144718872 1208581,https://www.tiktok.com/@sandro_sv_/video/7301633342363946245,http s://www.tiktok.com/@sandro_sv_/video/7301809309254733062,https://www.tikto k.com/@sandro_sv_/video/7301994447653375237,https://www.tiktok.com/@sand ro_sv_/video/7302187315093359877,https://www.tiktok.com/@sandro_sv_/video/ 7302366939597294853,https://www.tiktok.com/@sandro_sv_/video/73025546159 82165253,https://www.tiktok.com/@sandro_sv_/video/7302731756954832134,htt ps://www.tiktok.com/@sandro_sv_/video/7302927702481227013,https://www.tikt ok.com/@sandro_sv_/video/7303117753798462725,https://www.tiktok.com/@san dro_sv_/video/7303301653585825030,https://www.tiktok.com/@sandro_sv_/vide o/7303470438288477446,https://www.tiktok.com/@sandro_sv_/video/730384462 1371657477,https://www.tiktok.com/@sandro_sv_/video/7304039236162866437, https://www.tiktok.com/@sandro_sv_/video/7304210375858310405,https://www.t iktok.com/@sandro_sv_/video/7304589741377260805,https://www.tiktok.com/@s andro_sv_/video/7304962094594608390,https://www.tiktok.com/@sandro_sv_/vi deo/7305166867646221574,https://www.tiktok.com/@sandro_sv_/video/7305337 386202877190,https://www.tiktok.com/@sandro_sv_/video/730552280319158195 7,https://www.tiktok.com/@sandro_sv_/video/7305893358248021253,https://ww w.tiktok.com/@sandro_sv_/video/7306101595467533574,https://www.tiktok.com/ @sandro_sv_/video/7306270488400039174,https://www.tiktok.com/@sandro_sv_ /video/7306625337771691270,https://www.tiktok.com/@sandro_sv_/video/73068 17953750584581,https://www.tiktok.com/@sandro_sv_/video/7307187852683595 014,https://www.tiktok.com/@sandro_sv_/video/7307397999187987717,https://w ww.tiktok.com/@thegioitraidep12/video/7268591165534932230,https://www.tikto k.com/@thegioitraidep12/video/7271117280380013829,https://www.tiktok.com/ @thegioitraidep12/video/7271564675031010566,https://www.tiktok.com/@thegio itraidep12/video/7274827431200967938,https://www.tiktok.com/@thegioitraidep1 2/video/7280395897026989313,https://www.tiktok.com/@thegioitraidep12/video/

7288929519916879106,https://www.tiktok.com/@thegioitraidep12/video/7291970
771692408066,https://www.tiktok.com/@thegioitraidep12/video/72922517356433
93281,https://www.tiktok.com/@thegioitraidep12/video/7293357123860286721,ht
tps://www.tiktok.com/@thegioitraidep12/video/7295661119992089858,https://ww
w.tiktok.com/@thegioitraidep12/video/7295975948795645186,https://www.tiktok.
com/@thegioitraidep12/video/7296699115927260418,https://www.tiktok.com/@t
hematous/video/7282999565358288159,https://www.tiktok.com/@thematous/vide
o/7283001601172753695,https://www.tiktok.com/@therealhottiesoftiktok/video/7
262449236966837546,https://www.tiktok.com/@therealhottiesoftiktok/video/7263
528701583723819,https://www.tiktok.com/@therealhottiesoftiktok/video/7265099
891154668843,https://www.tiktok.com/@therealhottiesoftiktok/video/7265763696
515812650,https://www.tiktok.com/@therealhottiesoftiktok/video/7275874980070
542634,https://www.tiktok.com/@therealhottiesoftiktok/video/7279210836512558
378,https://www.tiktok.com/@therealhottiesoftiktok/video/7280330409265630507
,https://www.tiktok.com/@therealhottiesoftiktok/video/7283294046846700846,htt
ps://www.tiktok.com/@therealhottiesoftiktok/video/7284403716562652458,https:/
/www.tiktok.com/@therealhottiesoftiktok/video/7288897946878332202,https://w
ww.tiktok.com/@therealhottiesoftiktok/video/7289267034062392622,https://www
.tiktok.com/@thewrestlingrealm/video/7178287372855987499,https://www.tiktok.
com/@werestlinglutas/video/7281596581827087622,https://www.tiktok.com/@we
restlinglutas/video/7281619867957038342,https://www.tiktok.com/@werestlinglut
as/video/7281665409634389253,https://www.tiktok.com/@werestlinglutas/video/7
281684923830799621,https://www.tiktok.com/@werestlinglutas/video/728171917
2701211909,https://www.tiktok.com/@werestlinglutas/video/72817612308580631
09,https://www.tiktok.com/@werestlinglutas/video/7282015543723314438,https://
www.tiktok.com/@werestlinglutas/video/7282182565941890309,https://www.tikt
ok.com/@werestlinglutas/video/7282353587110382853,https://www.tiktok.com/
@werestlinglutas/video/7282421096610123013,https://www.tiktok.com/@werestli
nglutas/video/7282770610441293061,https://www.tiktok.com/@werestlinglutas/vi
deo/7282788688646376709,https://www.tiktok.com/@werestlinglutas/video/7282
842881839074566,https://www.tiktok.com/@werestlinglutas/video/728311575026
7702533,https://www.tiktok.com/@werestlinglutas/video/7283249624004005125,
https://www.tiktok.com/@werestlinglutas/video/7283326662878530822,https://w
ww.tiktok.com/@werestlinglutas/video/7283540476580433158,https://www.tiktok
.com/@werestlinglutas/video/7283569105355967750,https://www.tiktok.com/@w
erestlinglutas/video/7283896256722750725,https://www.tiktok.com/@werestlingl
utas/video/7283936539221003525,https://www.tiktok.com/@werestlinglutas/video
/7284233629415296262,https://www.tiktok.com/@werestlinglutas/video/7284363
986970152198,https://www.tiktok.com/@werestlinglutas/video/728460489476440
3974,https://www.tiktok.com/@werestlinglutas/video/7284685639834979590,http

s://www.tiktok.com/@werestlinglutas/video/7284775835700104453,https://www.tiktok.com/@werestlinglutas/video/7284974649073618181,https://www.tiktok.com/@werestlinglutas/video/7285031320772726021,https://www.tiktok.com/@werestlinglutas/video/7285121540419587333,https://www.tiktok.com/@werestlinglutas/video/7285156171361668357,https://www.tiktok.com/@werestlinglutas/video/7285304260374449413,https://www.tiktok.com/@werestlinglutas/video/7285377731733228805,https://www.tiktok.com/@werestlinglutas/video/7285482307807497478,https://www.tiktok.com/@werestlinglutas/video/7286276718287981829,https://www.tiktok.com/@werestlinglutas/video/7286510883105508614,https://www.tiktok.com/@werestlinglutas/video/7286546426367069445,https://www.tiktok.com/@werestlinglutas/video/7286796647185583366,https://www.tiktok.com/@werestlinglutas/video/7286860476162641157,https://www.tiktok.com/@werestlinglutas/video/7286922213280861446,https://www.tiktok.com/@werestlinglutas/video/7287188982931131653,https://www.tiktok.com/@werestlinglutas/video/7287370568582712582,https://www.tiktok.com/@werestlinglutas/video/7287548207683374341,https://www.tiktok.com/@werestlinglutas/video/7287644328443366662,https://www.tiktok.com/@werestlinglutas/video/7287924329176714501,https://www.tiktok.com/@werestlinglutas/video/7288022719709367557,https://www.tiktok.com/@werestlinglutas/video/7288078832756608262,https://www.tiktok.com/@werestlinglutas/video/7288321962949102854,https://www.tiktok.com/@werestlinglutas/video/7288394116067577094,https://www.tiktok.com/@werestlinglutas/video/7288489015056076037,https://www.tiktok.com/@werestlinglutas/video/7288671168863735046,https://www.tiktok.com/@werestlinglutas/video/7288852144155872518,https://www.tiktok.com/@werestlinglutas/video/7289114288885599494,https://www.tiktok.com/@werestlinglutas/video/7289183404426398981,https://www.tiktok.com/@werestlinglutas/video/7289805880793517317,https://www.tiktok.com/@werestlinglutas/video/7289969159494995206,https://www.tiktok.com/@werestlinglutas/video/7290328176729885957,https://www.tiktok.com/@werestlinglutas/video/7290594694218681606,https://www.tiktok.com/@werestlinglutas/video/72906730666827468037,https://www.tiktok.com/@werestlinglutas/video/7290971807073488133,https://www.tiktok.com/@werestlinglutas/video/7291007398196546821,https://www.tiktok.com/@werestlinglutas/video/7291257287556091142,https://www.tiktok.com/@werestlinglutas/video/7291359536244346118,https://www.tiktok.com/@werestlinglutas/video/7291371685528325382,https://www.tiktok.com/@werestlinglutas/video/7291765039067942149,https://www.tiktok.com/@werestlinglutas/video/7292012357813947653,https://www.tiktok.com/@werestlinglutas/video/7292083035887979782,https://www.tiktok.com/@werestlinglutas/video/7292442334380215557,https://www.tiktok.com/@werestlinglutas/video/7292553672087588102,https://www.tiktok.com/@werestlinglutas/video/7292824670737272070,https://www.tiktok.com/@werestlinglutas/video/7293178834352901381,https://www.tiktok.com/@w

erestlinglutas/video/7293540836401286406,https://www.tiktok.com/@werestlingl
utas/video/7293649365401488646,https://www.tiktok.com/@werestlinglutas/video
/7293979220613582086,https://www.tiktok.com/@werestlinglutas/video/7294367
435262545157,https://www.tiktok.com/@werestlinglutas/video/729470294460632
6022,https://www.tiktok.com/@werestlinglutas/video/7295008647841729798,http
s://www.tiktok.com/@werestlinglutas/video/7295530835007081733,https://www.t
iktok.com/@werestlinglutas/video/7295696717171756293,https://www.tiktok.com
/@werestlinglutas/video/7295718991820098822,https://www.tiktok.com/@werestl
inglutas/video/7295862981596859653,https://www.tiktok.com/@werestlinglutas/v
ideo/7296246969415142661,https://www.tiktok.com/@werestlinglutas/video/7296
446068852673797,https://www.tiktok.com/@werestlinglutas/video/729650468428
8806150,https://www.tiktok.com/@werestlinglutas/video/7296571963630177542,
https://www.tiktok.com/@werestlinglutas/video/7296994661074275589,https://w
ww.tiktok.com/@werestlinglutas/video/7297184607466802437,https://www.tiktok
.com/@werestlinglutas/video/7297260358891277573,https://www.tiktok.com/@w
erestlinglutas/video/7297623352892722438,https://www.tiktok.com/@werestlingl
utas/video/7297759480882777349,https://www.tiktok.com/@werestlinglutas/video
/7297803614461136133,https://www.tiktok.com/@werestlinglutas/video/7297977
395171101958,https://www.tiktok.com/@werestlinglutas/video/729850388694658
5861,https://www.tiktok.com/@werestlinglutas/video/7298670646438006022,http
s://www.tiktok.com/@werestlinglutas/video/7298731228969094406,https://www.t
iktok.com/@werestlinglutas/video/7298794287993588998,https://www.tiktok.com
/@werestlinglutas/video/7299420682788637957,https://www.tiktok.com/@werestl
inglutas/video/7299467442940546309,https://www.tiktok.com/@werestlinglutas/v
ideo/7299555958462647558,https://www.tiktok.com/@werestlinglutas/video/7299
866926635879686,https://www.tiktok.com/@werestlinglutas/video/730028289141
2557061,https://www.tiktok.com/@werestlinglutas/video/7300633456000716038,
https://www.tiktok.com/@werestlinglutas/video/7300894452883770629,https://w
ww.tiktok.com/@werestlinglutas/video/7300967119850622214,https://www.tiktok
.com/@werestlinglutas/video/7301328750833143045,https://www.tiktok.com/@w
erestlinglutas/video/7301331045536845061,https://www.tiktok.com/@werestlingl
utas/video/7302402687763614982,https://www.tiktok.com/@werestlinglutas/video
/7302440349052554501,https://www.tiktok.com/@werestlinglutas/video/7303697
690754305285,https://www.tiktok.com/@werestlinglutas/video/730396384629157
4022,https://www.tiktok.com/@werestlinglutas/video/7304324652195728645,http
s://www.tiktok.com/@werestlinglutas/video/7304607035037961478,https://www.t
iktok.com/@werestlinglutas/video/7305041718733327621,https://www.tiktok.com
/@werestlinglutas/video/7305069510988483846,https://www.tiktok.com/@werestl
inglutas/video/7305116750146833669,https://www.tiktok.com/@werestlinglutas/v
ideo/7305160019715099910,https://www.tiktok.com/@werestlinglutas/video/7305

426001163603206,https://www.tiktok.com/@werestlinglutas/video/730543689464
3424517,https://www.tiktok.com/@werestlinglutas/video/7305778097423453446,
https://www.tiktok.com/@werestlinglutas/video/7305798951247088901,https://w
ww.tiktok.com/@werestlinglutas/video/7305818234375212294,https://www.tiktok
.com/@werestlinglutas/video/7305834516659162374,https://www.tiktok.com/@w
erestlinglutas/video/7306105615917616389,https://www.tiktok.com/@werestlingl
utas/video/7306156466702929158,https://www.tiktok.com/@werestlinglutas/video
/7306166934595308805,https://www.tiktok.com/@werestlinglutas/video/7306219
769835818246,https://www.tiktok.com/@werestlinglutas/video/730651053502395
5206,https://www.tiktok.com/@werestlinglutas/video/7306546054705597701,http
s://www.tiktok.com/@werestlinglutas/video/7306557217820462342,https://www.t
iktok.com/@werestlinglutas/video/7306586748371406086,https://www.tiktok.com
/@werestlinglutas/video/7306589288869776646,https://www.tiktok.com/@werestl
inglutas/video/7306647760458075397,https://www.tiktok.com/@werestlinglutas/v
ideo/7306652414193470726,https://www.tiktok.com/@werestlinglutas/video/7306
842967539551493,https://www.tiktok.com/@werestlinglutas/video/730687929065
2544261,https://www.tiktok.com/@werestlinglutas/video/7306881323082304774,
https://www.tiktok.com/@werestlinglutas/video/7307270163752094982,https://w
ww.tiktok.com/@werestlinglutas/video/7307280967180258566,https://www.tiktok
.com/@werestlinglutas/video/7307316125434465542,https://www.tiktok.com/@w
erestlinglutas/video/7307319478583332102,https://www.tiktok.com/@werestlingl
utas/video/7307331320005414150,https://www.tiktok.com/@werestlinglutas/video
/7307583226711756037,https://www.tiktok.com/@werestlinglutas/video/7307595
123829771525,https://www.tiktok.com/@werestlinglutas/video/730762610676754
3558,https://www.tiktok.com/@werestlinglutas/video/7307663363755035910,http
s://www.tiktok.com/@werestlinglutas/video/7307666078094724357,https://www.t
iktok.com/@werestlinglutas/video/7307672852440878342,https://www.tiktok.com
/@werestlinglutas/video/7307693438055582981,https://www.tiktok.com/@werestl
inglutas/video/7307994885976640773,https://www.tiktok.com/@werestlinglutas/v
ideo/7307997542074158341,https://www.tiktok.com/@werestlinglutas/video/7308
017643817143557,https://www.tiktok.com/@werestlinglutas/video/730802518237
3924101,https://www.tiktok.com/@werestlinglutas/video/7308106931774770437,
https://www.tiktok.com/@werestlinglutas/video/7308175870387096838,https://w
ww.tiktok.com/@werestlinglutas/video/7308327022760185093,https://www.tiktok
.com/@werestlinglutas/video/7308381612960419078,https://www.tiktok.com/@w
erestlinglutas/video/7308388131781315845,https://www.tiktok.com/@werestlingl
utas/video/7308420916390726917,https://www.tiktok.com/@wrestlecake2/video/7
234136174753828142,https://www.tiktok.com/@wrestling.box/video/7267021869
193202986,https://www.tiktok.com/@wrestling.box/video/7286138123606789422
,https://www.tiktok.com/@wrestling.box/video/7286510125823610154,https://ww

w.tiktok.com/@wrestling.box/video/7286880193157893418,https://www.tiktok.co
m/@wrestling.box/video/7287252008472562986,https://www.tiktok.com/@wrestli
ng.box/video/7287622793137605934,https://www.tiktok.com/@wrestling.box/vid
eo/7289861680622816554,https://www.tiktok.com/@wrestlingboys/video/728569
1937460456710,https://www.tiktok.com/@wrestlingboys/video/729129991857927
2965,https://www.tiktok.com/@wrestlingboys/video/7291325450960375046,https:
//www.tiktok.com/@wrestlingboys/video/7291633848478141701,https://www.tikt
ok.com/@wrestlingboys/video/7291773895261129989,https://www.tiktok.com/@
wrestlingboys/video/7294458314472164614,https://www.tiktok.com/@wrestlingb
oys/video/7294608813003476229,https://www.tiktok.com/@wrestlingboys/video/
7294962752458738950,https://www.tiktok.com/@wrestlingboys/video/729537416
7728295173,https://www.tiktok.com/@wrestlingboys/video/729573018852299904
6,https://www.tiktok.com/@wrestlingboys/video/7296549107039030533,https://w
ww.tiktok.com/@wrestlingboys/video/7299431987331239173,https://www.tiktok.
com/@xsport1987/video/7300391457095945478,https://www.tiktok.com/@xsport
1987/video/7301133031576767750,https://www.tiktok.com/@xsport1987/video/7
303345167761739013

Type of copyrighted work: Video

Description of copyrighted work: The copyrighted works that were infringed are
videos that I created and that I retain exclusive copyright to.

Statement: I, in good faith, believe that the reported use of the material, in the
manner complained of, is not authorized by the copyright owner, its agent, or the
law.,I state the above information is accurate, and under penalty of perjury that I
am the intellectual property right owner or am authorized to act on behalf of the
intellectual property right owner.,I acknowledge that all information submitted in
my copyright infringement notification may be forwarded to the uploader of the
content, to lumendatabase.org, or otherwise made public in any way by TikTok or
a third party.

Signature: Nima Gharavi

Proof of rights and authorization: Letter.pdf,Report 30 (Report 28 v2 and Report
29).xlsx,Screenshot of My YouTube Logged-in Profile.png

Attachment:

DMCA Takedown Notification #3

**From:** noreply_ip-reports@tiktok.com <noreply_ip-reports@tiktok.com>
**Sent:** Saturday, April 29, 2023 3:31 PM
**To:** Nima Gharavi <nima@colorado.edu>
**Subject:** Intellectual Property Report #7227560981894299653

Hello,
Thanks for reaching out! This is an automatic response to let you know that we
have received your report. For reference, your report number is
#7227560981894299653. A copy of your report has been included at the end of
this e-mail. We take your report seriously and will process it as soon as possible.
Please do not submit duplicate reports. Please note that the webform you have
submitted is for reports pertaining to infringements or violations of your
Intellectual Property rights, such as copyright or trademark protected work(s). If
you are seeking help for violations of other types of legal rights or for flagging
inappropriate content on TikTok, the links below might be helpful:
1. Privacy violation: https://www.tiktok.com/legal/report/privacy
2. Impersonation of individual(s): https://www.tiktok.com/legal/report/feedback
3. Community Guidelines violation: https://www.tiktok.com/legal/report/feedback
If the links above do not contain the information you are looking for, please refer
to our Help Center for guidance: https://support.tiktok.com.
This e-mail is an automatic response. Please do not reply to this e-mail.

Thanks,
TikTok Team
----------------------------------------------------
Your full legal name: Nima Gharavi
Name of the copyright owner: Nima Gharavi
Your email address: nima@mwrestle.com
Your physical address: 222 W Merchandise Mart Plaza #1305, Chicago, IL 60654
Your phone number: 7738994688
Your relationship to the copyright owner: Owner
Reported link:
https://www.tiktok.com/@123456789dooryai/video/7158370238352919834,https:/
/www.tiktok.com/@123456789dooryai/video/7158725179508673818,https://www
.tiktok.com/@123456789dooryai/video/7158812306715987226,https://www.tiktok
.com/@123456789dooryai/video/7158813763334982938,https://www.tiktok.com/
@123456789dooryai/video/7159024259921104155,https://www.tiktok.com/@123
456789dooryai/video/7159024707826765082,https://www.tiktok.com/@12345678

9dooryai/video/7159112718539083034,https://www.tiktok.com/@123456789door yai/video/7159366928446852378,https://www.tiktok.com/@123456789dooryai/vi deo/7159367965811428635,https://www.tiktok.com/@123456789dooryai/video/7 159781013348961562,https://www.tiktok.com/@123456789dooryai/video/715978 1371337084187,https://www.tiktok.com/@123456789dooryai/video/72274488328 94717189,https://www.tiktok.com/@alkadarmuhamaro5/video/721498996569075 2262,https://www.tiktok.com/@ange3l_angiel/video/7124279058958945541,https: //www.tiktok.com/@ange3l_angiel/video/7124649255465209093,https://www.tikt ok.com/@ange3l_angiel/video/7124651532817091846,https://www.tiktok.com/@ ange3l_angiel/video/7125389095710330117,https://www.tiktok.com/@ange3l_an giel/video/7132330357046660358,https://www.tiktok.com/@ange3l_angiel/video/ 7138867900386954501,https://www.tiktok.com/@ange3l_angiel/video/714528927 5108625670,https://www.tiktok.com/@ange3l_angiel/video/719704752494587418 1,https://www.tiktok.com/@ange3l_angiel/video/7197054641698344197,https://w ww.tiktok.com/@ange3l_angiel/video/7211754121253195014,https://www.tiktok. com/@ange3l_angiel/video/7211912571312409862,https://www.tiktok.com/@ang e3l_angiel/video/7212223050236939526,https://www.tiktok.com/@ange3l_angiel/ video/7212223702811954438,https://www.tiktok.com/@ange3l_angiel/video/7213 103461573905669,https://www.tiktok.com/@ange3l_angiel/video/7214589985289 243909,https://www.tiktok.com/@ange3l_angiel/video/7215117042142268677,htt ps://www.tiktok.com/@ange3l_angiel/video/7215122490400476421,https://www.t iktok.com/@ange3l_angiel/video/7215129989849550085,https://www.tiktok.com/ @ange3l_angiel/video/7215132585092074758,https://www.tiktok.com/@ange3l_a ngiel/video/7215699231716150533,https://www.tiktok.com/@ange3l_angiel/video /7216702909503786245,https://www.tiktok.com/@ange3l_angiel/video/72196680 61433908486,https://www.tiktok.com/@boys.wrestling/video/7220520765291040 005,https://www.tiktok.com/@boys.wrestling/video/7220520771225963782,https:/ /www.tiktok.com/@boys.wrestling/video/7221643857031744773,https://www.tikt ok.com/@boys.wrestling/video/7221643857706913030,https://www.tiktok.com/@ boys.wrestling/video/7221643862333197573,https://www.tiktok.com/@boys.wrest ling/video/7224631465282161946,https://www.tiktok.com/@boys.wrestling/video/ 7226467892798246150,https://www.tiktok.com/@boys.wrestling/video/72264678 95822306565,https://www.tiktok.com/@eryolmx/video/7225076259242446082,htt ps://www.tiktok.com/@eryolmx/video/7226926489806064898,https://www.tiktok. com/@louisnguyen3294/video/7181345409028066586,https://www.tiktok.com/@l ouisnguyen3294/video/7181457962215558427,https://www.tiktok.com/@louisngu yen3294/video/7181467272169475354,https://www.tiktok.com/@louisnguyen329 4/video/7181633511911197979,https://www.tiktok.com/@louisnguyen3294/video/ 7181691070382640411,https://www.tiktok.com/@louisnguyen3294/video/718209 0443889397019,https://www.tiktok.com/@louisnguyen3294/video/718240372862

2882074,https://www.tiktok.com/@louisnguyen3294/video/718247778054472015 5,https://www.tiktok.com/@louisnguyen3294/video/7182785617950952730,https://www.tiktok.com/@louisnguyen3294/video/7183158518810283291,https://www.tiktok.com/@louisnguyen3294/video/7183199412565396763,https://www.tiktok.com/@louisnguyen3294/video/7183528378455117083,https://www.tiktok.com/@louisnguyen3294/video/7183939844026961178,https://www.tiktok.com/@louisnguyen3294/video/7184260321656179995,https://www.tiktok.com/@louisnguyen3294/video/7184636834905902363,https://www.tiktok.com/@louisnguyen3294/video/7185479817318452507,https://www.tiktok.com/@louisnguyen3294/video/7186912030148857115,https://www.tiktok.com/@louisnguyen3294/video/7188320026783419675,https://www.tiktok.com/@louisnguyen3294/video/7188325799450119451,https://www.tiktok.com/@louisnguyen3294/video/7188372630574091546,https://www.tiktok.com/@louisnguyen3294/video/7189259061634944282,https://www.tiktok.com/@louisnguyen3294/video/7189501425242705179,https://www.tiktok.com/@louisnguyen3294/video/7189510951505235227,https://www.tiktok.com/@louisnguyen3294/video/7189613865662041371,https://www.tiktok.com/@louisnguyen3294/video/7189991037287288091,https://www.tiktok.com/@louisnguyen3294/video/7193145513049361690,https://www.tiktok.com/@louisnguyen3294/video/7193942033273326874,https://www.tiktok.com/@louisnguyen3294/video/7194275030845361435,https://www.tiktok.com/@louisnguyen3294/video/7194711913723415834,https://www.tiktok.com/@louisnguyen3294/video/7195400881607691546,https://www.tiktok.com/@louisnguyen3294/video/7195437152547736858,https://www.tiktok.com/@louisnguyen3294/video/7206551076638657819,https://www.tiktok.com/@louisnguyen3294/video/7207000669113306394,https://www.tiktok.com/@louisnguyen3294/video/7209671681185467674,https://www.tiktok.com/@louisnguyen3294/video/7210290936100703514,https://www.tiktok.com/@louisnguyen3294/video/7214758271431855366,https://www.tiktok.com/@louisnguyen3294/video/7219731000048241946,https://www.tiktok.com/@louisnguyen3294/video/7220316431194279194,https://www.tiktok.com/@louisnguyen3294/video/7222581945878793499,https://www.tiktok.com/@wrestlecake/video/7224675297839549742,https://www.tiktok.com/@wrestlecake/video/7224683318443478318,https://www.tiktok.com/@wrestlecake/video/7224700118182776106,https://www.tiktok.com/@wrestlecake/video/7224789068234624298,https://www.tiktok.com/@wrestlecake/video/7225035880019414318,https://www.tiktok.com/@wrestlecake/video/7225036723246533934,https://www.tiktok.com/@wrestlecake/video/7225242098470079787,https://www.tiktok.com/@wrestlecake/video/7225302015323163947,https://www.tiktok.com/@wrestlecake/video/7225325639736347947,https://www.tiktok.com/@wrestlecake/video/7225337381405117738,https://www.tiktok.com/@wrestlecake/video/7225410800041725226,https://www.tiktok.com/@wrestlecake/video/7225430943203347755,https://www.tiktok.com/@wrestlecake/video/72259074048511

21454,https://www.tiktok.com/@wrestlecake/video/7225935764763348270,https://www.tiktok.com/@wrestlecake/video/7225982801764437290,https://www.tiktok.com/@wrestlecake/video/7225993921908706603,https://www.tiktok.com/@wrestlecake/video/7225996966688345387,https://www.tiktok.com/@wrestlecake/video/7225998158378224942,https://www.tiktok.com/@wrestlecake/video/7226096804109176110,https://www.tiktok.com/@wrestlecake/video/7226120989397126446,https://www.tiktok.com/@wrestlecake/video/7226878323278843178,https://www.tiktok.com/@wrestlecake/video/7227239582679436587

Type of copyrighted work: Video

Description of copyrighted work: The copyrighted work that was infringed is a video that I created and that I retain exclusive copyright to.

Statement: I, in good faith, believe that the reported use of the material, in the manner complained of, is not authorized by the copyright owner, its agent, or the law.,I state the above information is accurate, and under penalty of perjury that I am the intellectual property right owner or am authorized to act on behalf of the intellectual property right owner.,I acknowledge that all information submitted in my copyright infringement notification may be forwarded to the uploader of the content, to lumendatabase.org, or otherwise made public in any way by TikTok or a third party.

Signature: Nima Gharavi

Proof of rights and authorization: Screenshot of My YouTube Logged-in Profile.png,Letter.pdf

Attachment:

DMCA Takedown Notification #4

**From:** noreply-ip-reports@tiktok.com <noreply-ip-reports@tiktok.com>
**Sent:** Thursday, January 9, 2025 2:51 PM
**To:** dmca@midwestwrestle.com
**Subject:** Intellectual Property Report #7458011930939293701

[External email - use caution]

Hello,

Thanks for reaching out! This is an automatic response to let you know that we have received your report. For reference, your report number is #7458011930939293701. A copy of your report has been included at the end of this e-mail.
We take your report seriously and will process it as soon as possible. Please do not submit duplicate reports.
Please note that the webform you have submitted is for reports pertaining to infringements or violations of your Intellectual Property rights, such as copyright or trademark protected work(s). If you are seeking help for violations of other types of legal rights or for flagging inappropriate content on TikTok, the links below might be helpful:

1. Privacy violation: https://www.tiktok.com/legal/report/privacy

2. Impersonation of individual(s): https://www.tiktok.com/legal/report /feedback

3. Community Guidelines violation: https://www.tiktok.com/legal/report/feedback

If the links above do not contain the information you are looking for, please refer to our Help Center for guidance: https://support.tiktok.com.


This e-mail is an automatic response. Please do not reply to this e-mail.


Thanks,

TikTok Team

----------------------------------------------------

Your full legal name: Nima Gharavi
Name of the copyright owner: Nima Gharavi D.B.A. Midwest Wrestle
Your email address: dmca@midwestwrestle.com
Your physical address: 4610 North Clark St. #1098, Chicago, IL 60640
Your phone number: 7738994688
Your relationship to the copyright owner: Owner
Reported link: https://www.tiktok.com/@aqua
.guys/video/7355452598167670024,https://www.tiktok.com/@aqua.guys/video/73
56192926541679879,https://www.tiktok.com/@aqua.guys/video/73606768095386
86226,https://www.tiktok.com/@aqua.guys/video/7364145733244603666,https://
www.tiktok.com/@aqua.guys/video/7446529769493089554,https://www.tiktok.co
m/@aqua.guys/video/7446905542372609298
Type of copyrighted work: Video
Description of copyrighted work: The alleged infringement involves (a) motion
picture(s) ("the Work") that I created and that I retain exclusive copyright(s) to.
The reported material infringes on my exclusive right(s), including but not limited
to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing (an)
unauthorized reproduction(s) copied from the Work to which I retain exclusive
copyright(s).
Statement: I, in good faith, believe that the reported use of the material, in the
manner complained of, is not authorized by the copyright owner, its agent, or the
law.,I state the above information is accurate, and under penalty of perjury that I
am the intellectual property right owner or am authorized to act on behalf of the
intellectual property right owner.,I acknowledge that all information submitted in
my copyright infringement notification may be forwarded to the uploader of the
content, to lumendatabase.org, or otherwise made public in any way by TikTok or
a third party.
Signature: Nima Gharavi
Proof of rights and authorization: Letter.pdf,Screenshot of My YouTube Logged-in
Profile.png
Attachment:

## DMCA Takedown Notification #5

**From:** noreply-ip-reports@tiktok.com <noreply-ip-reports@tiktok.com>
**Sent:** Monday, September 2, 2024 5:42 PM
**To:** nima@midwestwrestle.com
**Subject:** Intellectual Property Report #7410164750943617029

Hello,
Thanks for reaching out! This is an automatic response to let you know that we have received your report. For reference, your report number is #7410164750943617029. A copy of your report has been included at the end of this e-mail. We take your report seriously and will process it as soon as possible. Please do not submit duplicate reports. Please note that the webform you have submitted is for reports pertaining to infringements or violations of your Intellectual Property rights, such as copyright or trademark protected work(s). If you are seeking help for violations of other types of legal rights or for flagging inappropriate content on TikTok, the links below might be helpful:
1. Privacy violation: https://www.tiktok.com/legal/report/privacy
2. Impersonation of individual(s): https://www.tiktok.com/legal/report/feedback
3. Community Guidelines violation: https://www.tiktok.com/legal/report/feedback
If the links above do not contain the information you are looking for, please refer to our Help Center for guidance: https://support.tiktok.com.

This e-mail is an automatic response. Please do not reply to this e-mail.

Thanks,
TikTok Team
---------------------------------------------------
Your full legal name: Nima Gharavi
Name of the copyright owner: Nima Gharavi D.B.A. Midwest Wrestle
Your email address: nima@midwestwrestle.com
Your physical address: 222 W Merchandise Mart Plaza #1305, Chicago, IL 60654
Your phone number: 7738994688
Your relationship to the copyright owner: Owner
Reported link:
https://www.tiktok.com/@amazingzv/video/7373339654763842858,https://www.tiktok.com/@cesargarol/video/7398767162715884806,https://www.tiktok.com/@cesargarol/video/7400888957766241542,https://www.tiktok.com/@cesargarol/video/7401888903428427013,https://www.tiktok.com/@cesargarol/video/7402015574357839110,https://www.tiktok.com/@cesargarol/video/7403195299130264837,https://www.tiktok.com/@cesargarol/video/7404704675670297862,https://www.tiktok.com/@cesargarol/video/7406516547553905925,https://www.tiktok.com/@cesargarol/video/7406587279893925126,https://www.tiktok.com/@cesargarol/video/7406736556972870918,https://ww
w.tiktok.com/@cesargarol/video/7406942613405699334,https://www.tiktok.com/@cesargarol/video/7407115885216812293,https://www.tiktok.com/@cesargarol/video/74075697261272

79365,https://www.tiktok.com/@cesargarol/video/7407603951425637637,https://www.tiktok.com/@cesargarol/video/7408964613313662214,https://www.tiktok.com/@cesargarol/video/7409063174126849286,https://www.tiktok.com/@cesargarol/video/7409726197258669318,https://www.tiktok.com/@davide23450/photo/7401044651081338145,https://www.tiktok.com/@davide23450/photo/7401044842404400416,https://www.tiktok.com/@davide23450/photo/7403595898518785313,https://www.tiktok.com/@davide23450/photo/740782142144486121 6,https://www.tiktok.com/@davide23450/video/7399549272192060705,https://www.tiktok.com/@davide23450/video/7399621958960221472,https://www.tiktok.com/@davide23450/video/7400306750068395297,https://www.tiktok.com/@davide23450/video/7400367907990932 769,https://www.tiktok.com/@davide23450/video/7400368261277306144,https://www.tiktok.com /@davide23450/video/7407884605765717281,https://www.tiktok.com/@davide23450/video/7408632114809244960,https://www.tiktok.com/@deportistassexys/video/7337542755436072 235,https://www.tiktok.com/@deportistassexys/video/7338162946826161450,https://www.tiktok.com/@deportistassexys/video/7338290035109711147,https://www.tiktok.com/@deportistassexys/video/7345861466794315050,https://www.tiktok.com/@deportistassexys/video/7379760670121692459,https://www.tiktok.com/@deportistassexys/video/738651532182330090 7,https://www.tiktok.com/@deportistassexys/video/7387486871376383278,https://www.tiktok.com/@deportistassexys/video/7392075419719060778,https://www.tiktok.com/@deportistassexys/video/7405649794502528302,https://www.tiktok.com/@deportistassexys/video/7406095256585817386,https://www.tiktok.com/@deportistassexys2/video/7404629888118050094, https://www.tiktok.com/@dudestreamx/video/7407271102478683434,https://www.tiktok.com/@fitnessglutes/video/7406862207608294686,https://www.tiktok.com/@fitness

glutes/video/7406869840968813855,https://www.tiktok.com/@garotos.do.tiktok8/video/7407056513627442437,https://www.tiktok.com/@garotos.do.tiktok8/video/74071844709752046 14,https://www.tiktok.com/@garotos.do.tiktok8/video/7407755736203250949,https://www.tiktok.com/@garotos.do.tiktok8/video/7407948952273751301,https://www.tiktok.com/@garotos.do.tiktok8/video/7408118878942792965,https://www.tiktok.com/@garotos.do.tiktok8/video/7409407832782556421,https://www.tiktok.com/@garotos.do.tiktok8/video/740964010510 4706821,https://www.tiktok.com/@garotos.do.tiktok8/video/7409972694042627333,https://www.tiktok.com/@garotos.do.tiktok8/video/7410160304488729862,https://www.tiktok.com/@jay.rayz/video/7405595775146757418,https://www.tiktok.com/@jay.rayz/video/7406367925101219114,https://www.tiktok.com/@mojitaro4/video/7378950074363055368,https://www.tiktok.com/@mojitaro4/video/7398692842958294290,https://www.tiktok.com/@mojitaro4/video/7401296869894245640,https://www.tiktok.com/@mojitaro4/video/74012 98109294202130,https://www.tiktok.com/@mojitaro4/video/7401583243386014984,https://www.tiktok.com/@mojitaro4/video/7401584107014081799,https://www.tiktok.com/@mojitaro4/video/7401616385916423432,https://www.tiktok.com/@mojitaro4/video/740199784149 9000072,https://www.tiktok.com/@mojitaro4/video/7402003123197332744,https://www.tiktok.com/@mojitaro4/video/7402767999402347794,https://www.tiktok.com/@mojitaro4/video/7402777490009165063,https://www.tiktok.com/@mojitaro4/video/7404257086151937298,https://www.tiktok.com/@mojitaro4/video/7404274584389700872,https://www.tiktok.com/@mojitaro4/video/7404275407727496455,https://www.tiktok.com/@mojitaro4/video/7404986 679200730375,https://www.tiktok.com/@mojitaro4/video/7405350036042730770,https://ww

w.tiktok.com/@mojitaro4/video/7405611052219649288,https://www.tiktok.com/@mojitaro4/video/7405621044423298311,https://www.tiktok.com/@mojitaro4/video/740562168526253 5943,https://www.tiktok.com/@mojitaro4/video/7407217298194320658,https://www.tiktok.c om

/@mojitaro4/video/7407502425956863239,https://www.tiktok.com/@mojitaro4/video/74075 13914587598088,https://www.tiktok.com/@mojitaro4/video/7407520114758700306,https:// www.tiktok.com/@mojitaro4/video/7407561970427137287,https://www.tiktok.com/@mojita ro4/video/7408699414958574856,https://www.tiktok.com/@mojitaro4/video/740871015245 6572167,https://www.tiktok.com/@mojitaro4/video/7409035743210884370,https://www.tikt ok.com/@mojitaro4/video/7409036435782716680,https://www.tiktok.com/@mojitaro4/video /7409037058922073351,https://www.tiktok.com/@mojitaro4/video/7409914272207211794,h ttps://www.tiktok.com/@mojitaro4/video/7409917089214926098,https://www.tiktok.com/@ nine_rachata/video/7409676055235104008,https://www.tiktok.com/@prettyboycircle/video/ 7406902994320592171,https://www.tiktok.com/@prettyboycircle/video/74083762964740211 62,https://www.tiktok.com/@usagril0101/video/7391097802304081195,https://www.tiktok.c om/@wrestling_1016/video/7406862693778377990,https://www.tiktok.com/@wrestlinggirl s4/video/7386200832825380127,https://www.tiktok.com/@wrestlinggirls4/video/7386227779 878063390,https://www.tiktok.com/@wrestlinggirls4/video/7386610547388681502,https://w ww.tiktok.com/@wrestlinggirls4/video/7386661045458226463,https://www.tiktok.com/@wre stlinggirls4/video/7389211887105363230,https://www.tiktok.com/@wrestlinggirls4/video/738 9245226482683166,https://www.tiktok.com/@wrestlinggirls4/video/7389532449383927071,h ttps://www.tiktok.com/@wrestlinggirls4/video/7389880563139743006,https://www.tiktok.co m/@wrestlinggirls4/video/7390683900550368543,https://www.tiktok.com/@wrestlinggirls4/v ideo/7391052548611804447,https://www.tiktok.com/@wrestlinglutas/video/7407805284602 678534,https://www.tiktok.com/@wrestlinglutas/video/7407881759846649094,https://www.t iktok.com/@wrestlinglutas/video/7408172882049748230,https://www.tiktok.com/@wrestling lutas/video/7408207788393942278,https://www.tiktok.com/@wrestlinglutas/video/74082403 82812622086,https://www.tiktok.com/@wrestlinglutas/video/7408 557802425158917,https://www.tiktok.com/@wrestlinglutas/video/7408574087288737029,htt ps://www.tiktok.com/@wrestlinglutas/video/7408608753320217861,https://www.tiktok.com/ @wrestlingnyc/video/7405135848175373598,https://www.tiktok.com/@wrestlingnyc/video/7 405956611174403359,https://www.tiktok.com/@wrestlingnyc/video/7406308134374952222, https://www.tiktok.com/@wrestlingnyc/video/7406567273734933791,https://www.tiktok.co m/@wrestlingnyc/video/7406712447576411422,https://www.tiktok.com/@wrestlingnyc/vide o/7407085288800963870,https://www.tiktok.com/@wrestlingnyc/video/74072906739357975 35,https://www.tiktok.com/@wrestlingnyc/video/7407502984155794719,https://www.tiktok. com/@wrestlingnyc/video/7407790290523671838,https://www.tiktok.com/@wrestlingnyc/vid eo/7407915952785870110,https://www.tiktok.com/@wrestlingnyc/video/7408044491501882 655,https://www.tiktok.com/@wrestlingnyc/video/7408409544944028958,https://www.tiktok .com/@wrestlingnyc/video/7408466809344593183,https://www.tiktok.com/@wrestlin gnyc/video/7409157757447703838,https://www.tiktok.com/@wrestlingnyc/video/740928565 4590295326,https://www.tiktok.com/@wrestlingnyc/video/7409352106525592862,https://w ww.tiktok.com/@wrestlingnyc/video/7409508878368460063,https://www.tiktok.com/@wrest

lingnyc/video/7409722041915559198,https://www.tiktok.com/@wrestlingnyc/video/7409910
518057585951,https://www.tiktok.com/@wrestlingnyc/video/7410017967280344350

Type of copyrighted work: Video

Description of copyrighted work: The copyrighted works that were infringed are videos that I
created and that I retain exclusive copyright to.

Statement: I, in good faith, believe that the reported use of the material, in the manner
complained of, is not authorized by the copyright owner, its agent, or the law.,I state the above
information is accurate, and under penalty of perjury that I am the intellectual property right
owner or am authorized to act on behalf of the intellectual property right owner.,I acknowledge
tha t all information submitted in my copyright infringement notification may be forwarded to
the uploader of the content, to lumendatabase.org, or otherwise made public in any way by
TikTok or a third party.

Signature: Nima Gharavi

Proof of rights and authorization: Screenshot of My YouTube Logged-in Profile.png,Letter.pdf

Attachment: Report 38.xlsx

## DMCA Takedown Notification #6

**From:** copyright@tiktok.com <copyright@tiktok.com>
**Sent:** Friday, March 7, 2025 8:17 AM
**To:** dmca@midwestwrestle.com
**Subject:** [Reply] Copyright Report

Hello,

Thank you for writing in.

We have removed and/or disabled access to the reported content and/or account(s). We hope this satisfies your concern.

Please bear in mind that we might forward the information included in your copyright infringement report upon reception of a valid counter-notification. For more information, please visit: https://www.tiktok.com/legal/copyright-policy

TikTok is an intermediary platform which encourages users to post and share their content on the platform freely, while at the same time requires the respect for the intellectual property of others.

If you wish to report additional content, you can do so by submitting a new request.

If you believe that this report was filed incorrectly, or wish to withdraw this report for any other reason, please file a retraction request at ipretraction@tiktok.com using the email address used to submit the report. Please provide us with the relevant details such as Report ID and the affected content or account URL(s).

Kindly note that if content has been deleted by the user, it will not appear public or be visible to the reporter upon retraction.

Please submit your retraction requests within 90 days after confirmation of removal as we won't be able to facilitate your request due to data preservation.

Regards,
TikTok Team

The contents of this email and any attachments are intended for the addressee only and may be confidential and privileged material. If you have received this email in error, please delete it from your system and notify the sender as soon as possible. If you are not the addressee then you may not review, transmit, disclose, copy or otherwise use this email and any attachments.

Replies to this email will not be monitored.

Thank you for your cooperation.

- Report time: 2025/02/05 16:17:27
- Report ID: 7467966585458950149
- Reported URLs: https://www.tiktok.com/@sohotguys/video/7401344522711518471;https://www.tiktok.com/@broscheekssmell/video/7463971784598080798;https://www.tiktok.com/@broscheekssmell/video/7454581366995291434;https://www.tiktok.com/@broscheekssmell/video/7449391905021971754;https://www.tiktok.com/@broscheekssmell/video/7446536273294200110;https://www.tiktok.com/@broscheekssmell/video/7443118350244367659

## DMCA Takedown Notification #7

**From:** Nima Gharavi <nima@midwestwrestle.com>
**Sent:** Monday, February 3, 2025 3:18 PM
**To:** 'copyright_reports@tiktok.com' <copyright_reports@tiktok.com>
**Subject:** RE: Action required - TikTok Copyright Claim

The appealing user is incorrect; the user is NOT the copyright owner and this use is NOT permitted by copyright law.  The user has uploaded an unauthorized reproduction that infringes upon my exclusive worldwide copyright.  The copyrighted work that is infringed is a video that I created and that I retain exclusive copyright to.  I, in good faith, believe that the reported use of the material, in the manner complained of, is not authorized by the copyright owner, its agent, or the law.  I state the above information is accurate, and under penalty of perjury that I am the intellectual property right owner or am authorized to act on behalf of the intellectual property right owner.  I acknowledge that all information submitted in my copyright infringement notification may be forwarded to the uploader of the content, to lumendatabase.org, or otherwise made public in any way by TikTok or a third party.

Signature: /s/ Nima Gharavi

Regards,
Nima Gharavi
(773) 899-4688

**From:** copyright_reports@tiktok.com <copyright_reports@tiktok.com>
**Sent:** Monday, February 3, 2025 2:45 PM
**To:** dmca@midwestwrestle.com
**Subject:** Action required - TikTok Copyright Claim

[External email - use caution]

Hello,

You are receiving this email because you previously submitted a successful copyright infringement report to TikTok in relation to a video that infringed your copyright. Where a video has been taken down for copyright infringement, we use our best efforts to prevent that same video from being re-uploaded.

Our system has automatically detected that a user has uploaded a copy of the video previously removed for copyright infringement (Report id: 7455393344607059974, Video url: https://www.tiktok.com/@vikat_17/video/7452820868318727431) onto the TikTok platform, and automatically blocked it. The uploader of the video at https://www.tiktok.com/@embed/video/7453796583214206213 has appealed this automatic block for the following reasons:

**Information provided by user**
**Reason for dispute:**
This use is permitted by copyright law
**Copyright exceptions:**
Quotation
**Details:**
Please reply to this email and ask for more details if current information is insufficient to judge.

**What do you need to do?**

You do not have to do anything if you accept the reasons provided by the uploader.

If, however, you wish to dispute the reasons provided, please respond to this email within **7 business days**. Your email should also include the reasons you believe that the appeal should be rejected. Our team will then assess the content and the reasons provided by both parties and will make a decision. You will be notified of that decision.

If we do not receive a response from you within 7 business days, the content will remain on the platform. Please note that if you believe the content infringes your copyright, you will still be able to file a copyright complaint at any time by using our webform here:
https://www.tiktok.com/legal/report/Copyright

Regards

TikTok T eam

## DMCA Takedown Notification #8

**From:** noreply_ip-reports@tiktok.com <noreply-ip-reports@tiktok.com>
**Sent:** Monday, May 12, 2025 3:55 PM
**To:** dmca@midwestwrestle.com
**Subject:** Intellectual Property Report #7503650063525314615

Hello,

Thanks for reaching out! This is an automatic response to let you know that we have received your report. For reference, your report number is #7503650063525314615. A copy of your report has been included at the end of this e-mail.
We take your report seriously and will process it as soon as possible. Please do not submit duplicate reports.
Please note that the webform you have submitted is for reports pertaining to infringements or violations of your Intellectual Property rights, such as copyright or trademark protected work(s). If you are seeking help for violations of other types of legal rights or for flagging inappropriate content on TikTok, the links below might be helpful:

1. Privacy violation: https://www.tiktok.com/legal/report/privacy

2. Impersonation of individual(s): https://www.tiktok.com/legal/report/feedback

3. Community Guidelines violation: https://www.tiktok.com/legal/report/feedback

If the links above do not contain the information you are looking for, please refer to our Help Center for guidance: https://support.tiktok.com.


This e-mail is an automatic response. Please do not reply to this e-mail.


Thanks,

TikTok Team

---------------------------------------------------

Your full legal name: Nima Gharavi
Name of the copyright owner: Nima Gharavi D.B.A. Midwest Wrestle
Your email address: dmca@midwestwrestle.com
Your physical address: 4610 North Clark St. #1098, Chicago, IL 60640
Your phone number: 7738994688
Your relationship to the copyright owner: Owner
Reported link:
https://www.tiktok.com/@g_boy017/video/7486556007733218582,https://www.tiktok.com/@g_boy017/video/7487158953705491734,https://www.tiktok.com/@g_boy017/video/7493273252647669014,https://www.tiktok.com/@g_boy017/video/7490167787638279446,https://www.tiktok.com/@g_boy01

7/video/7487740831114300694,https://www.tiktok.com/@g_boy017/video/7495579816964541718,ht
tps://www.tiktok.com/@young_wrestling/video/7462406959476509958,https://www.tiktok.com/@yo
ung_wrestling/video/7471679066085608759,https://www.tiktok.com/@young_wrestling/video/74849
57991653936390,https://www.tiktok.com/@young_wrestling/video/7474683890171415863,https://w
ww.tiktok.com/@young_wrestling/video/7473941500376780038,https://www.tiktok.com/@young_wr
estling/video/7473111576522837254,https://www.tiktok.com/@young_wrestling/video/74727438770
99719991,https://www.tiktok.com/@young_wrestling/video/7472463065183833399,https://www.tikto
k.com/@young_wrestling/video/7470312310561639686,https://www.tiktok.com/@young_wrestling/vi
deo/7469477291219766583,https://www.tiktok.com/@young_wrestling/video/7468663318375337222
,https://www.tiktok.com/@young_wrestling/video/7468352748803738885,https://www.tiktok.com/@
young_wrestling/video/7466886888775929093,https://www.tiktok.com/@young_wrestling/video/745
5296013989891333,https://www.tiktok.com/@young_wrestling/video/7451984937781169413,https://
www.tiktok.com/@young_wrestling/video/7447580480305761554,https://www.tiktok.com/@young_w
restling/video/7443085785189993736,https://www.tiktok.com/@young_wrestling/video/74397508585
91571255,https://www.tiktok.com/@young_wrestling/video/7438585082631179576,https://www.tikto
k.com/@young_wrestling/video/7433945289666415877,https://www.tiktok.com/@young_wrestling/vi
deo/7429069125151902982,https://www.tiktok.com/@young_wrestling/video/7423590947818097925
,https://www.tiktok.com/@young_wrestling/video/7417484578346044678,https://www.tiktok.com/@
young_wrestling/video/7417086722560773382,https://www.tiktok.com/@young_wrestling/video/741
6775251809406213,https://www.tiktok.com/@young_wrestling/video/7416041464712432902,https://
www.tiktok.com/@young_wrestling/video/7415849993556217093,https://www.tiktok.com/@young_w
restling/video/7499866276840443141,https://www.tiktok.com/@young_wrestling/video/74994194079
99946039,https://www.tiktok.com/@young_wrestling/video/7498676736956173573,https://www.tikto
k.com/@young_wrestling/video/7497754359409822981,https://www.tiktok.com/@young_wrestling/vi
deo/7497025013388758278,https://www.tiktok.com/@young_wrestling/video/7501334195168414981
,https://www.tiktok.com/@young_wrestling/video/7502767249594273030,https://www.tiktok.com/@
young_wrestling/video/7502462539440164101,https://www.tiktok.com/@young_wrestling/video/750
2117270827699461,https://www.tiktok.com/@young_wrestling/video/7503222815013768454,https://
www.tiktok.com/@menssportbulge/video/7478245347672804630,https://www.tiktok.com/@mensspo
rtbulge/video/7462482509436161302,https://www.tiktok.com/@menssportbulge/photo/73434924855
13039137,https://www.tiktok.com/@menssportbulge/video/7291068182373092640,https://www.tikto
k.com/@menssportbulge/video/7291066748457979168,https://www.tiktok.com/@menssportbulge/vi
deo/7275920530627251489,https://www.tiktok.com/@menssportbulge/video/7292575526340807969,
https://www.tiktok.com/@menssportbulge/video/7251193725441953051,https://www.tiktok.com/@
menssportbulge/video/7251193103300791578,https://www.tiktok.com/@menssportbulge/video/7217
934298773654789,https://www.tiktok.com/@menssportbulge/video/7211241098025405701,https://w
ww.tiktok.com/@menssportbulge/video/7202857156113140998,https://www.tiktok.com/@menssport
bulge/video/7189573129629371654,https://www.tiktok.com/@menssportbulge/video/7151165064488
307973,https://www.tiktok.com/@menssportbulge/video/7127018512484273413,https://www.tiktok.c
om/@menssportbulge/video/7127018420150734086,https://www.tiktok.com/@menssportbulge/video
/7093261649448127750,https://www.tiktok.com/@menssportbulge/video/7063583132640955654,htt
ps://www.tiktok.com/@menssportbulge/video/7041120776665320709,https://www.tiktok.com/@men
ssportbulge/video/7016724164266528005,https://www.tiktok.com/@cutepeoplehere/video/74760503
58410743058,https://www.tiktok.com/@cutedance4karmawatkom/video/7489950775175695621,http
s://www.tiktok.com/@cutedance4karmawatkom/video/7489950067294522630,https://www.tiktok.co
m/@cutedance4karmawatkom/video/7489944815262649606,https://www.tiktok.com/@cutedance4ka
rmawatkom/video/7489942560249777414,https://www.tiktok.com/@cutedance4karmawatkom/video
/7489940890056756485,https://www.tiktok.com/@cutedance4karmawatkom/video/74903550903567

51621,https://www.tiktok.com/@cutedance4katsportporn/video/7490349721349836087,https://www.tiktok.com/@h4rdwrestling/video/7497776700495908118,https://www.tiktok.com/@h4rdwrestling/video/7495116506448088342,https://www.tiktok.com/@h4rdwrestling/video/7495131000872193302,https://www.tiktok.com/@h4rdwrestling/video/7495155801254939926,https://www.tiktok.com/@h4rdwrestling/video/7495317554248813846,https://www.tiktok.com/@h4rdwrestling/video/7497413689868406038,https://www.tiktok.com/@h4rdwrestling/video/7497428061239938326,https://www.tiktok.com/@h4rdwrestling/video/7497437825768492310,https://www.tiktok.com/@h4rdwrestling/video/7497444743614418198,https://www.tiktok.com/@h4rdwrestling/video/7497462959287979286,https://www.tiktok.com/@h4rdwrestling/video/7497559602846960898,https://www.tiktok.com/@h4rdwrestling/video/7497698149788601622,https://www.tiktok.com/@h4rdwrestling/video/74977422933744386 58,https://www.tiktok.com/@h4rdwrestling/video/7497799349041155350,https://www.tiktok.com/@h4rdwrestling/video/7497955142420008214,https://www.tiktok.com/@h4rdwrestling/video/7498086775311682838,https://www.tiktok.com/@h4rdwrestling/video/7498164275085577494,https://www.tiktok.com/@h4rdwrestling/video/7498609111496527126,https://www.tiktok.com/@h4rdwrestling/video/7498617355849846038,https://www.tiktok.com/@h4rdwrestling/video/7498791951848721686,https://www.tiktok.com/@h4rdwrestling/video/7498828567132835094,https://www.tiktok.com/@h4rdwrestling/video/7499065680717761814,https://www.tiktok.com/@h4rdwrestling/video/74991751009990115 86,https://www.tiktok.com/@h4rdwrestling/video/7499212467067784470,https://www.tiktok.com/@h4rdwrestling/video/7499480323537898774,https://www.tiktok.com/@h4rdwrestling/video/7499597364429163798,https://www.tiktok.com/@h4rdwrestling/video/7499764315705314583,https://www.tiktok.com/@h4rdwrestling/video/7499847941977296150,https://www.tiktok.com/@h4rdwrestling/video/7499945181635038486,https://www.tiktok.com/@h4rdwrestling/video/7499972921093147926,https://www.tiktok.com/@h4rdwrestling/video/7499897487449758406,https://www.tiktok.com/@h4rdwrestling/video/7500672804266724630,https://www.tiktok.com/@h4rdwrestling/video/7500491536396717334,https://www.tiktok.com/@h4rdwrestling/video/7501112130435829014,https://www.tiktok.com/@h4rdwrestling/video/7501409036064066838,https://www.tiktok.com/@h4rdwrestling/video/7501475065398136086,https://www.tiktok.com/@h4rdwrestling/video/7501990564993191190,https://www.tiktok.com/@h4rdwrestling/video/7502786437104798998,https://www.tiktok.com/@h4rdwrestling/video/7502542350783122710,https://www.tiktok.com/@h4rdwrestling/video/7503307162601540886,https://www.tiktok.com/@wrestleshout/photo/7499985830438522143,https://www.tiktok.com/@alkadarmuhamaro1/video/7408595553476463904,https://www.tiktok.com/@alkadarmuhamaro1/video/7395979418994232608,https://www.tiktok.com/@alkadarmuhamaro1/video/7389006027267656993,https://www.tiktok.com/@alkadarmuhamaro1/video/7382645623100542240,https://www.tiktok.com/@alkadarmuhamaro1/video/7376388647299468576,https://www.tiktok.com/@alkadarmuhamaro1/video/7351826834306207009,https://www.tiktok.com/@alkadarmuhamaro1/video/7346667311895465248,https://www.tiktok.com/@alkadarmuhamaro1/video/7344591174730009889,https://www.tiktok.com/@alkadarmuhamaro1/video/7343046222128614688,https://www.tiktok.com/@alkadarmuhamaro1/video/7338624930122124576,https://www.tiktok.com/@alkadarmuhamaro1/video/7334743416422681889,https://www.tiktok.com/@alkadarmuhamaro1/video/7282557442926349601,https://www.tiktok.com/@alkadarmuhamaro1/video/7280193375192567073,https://www.tiktok.com/@alkadarmuhamaro1/video/7279552358999231776,https://www.tiktok.com/@alkadarmuhamaro1/video/7278701005808651552,https://www.tiktok.com/@alkadarmuhamaro1/video/7275451629455822112,https://www.tiktok.com/@alkadarmuhamaro1/video/7274409786001607969,https://www.tiktok.com/@alkadarmuhamaro1/video/7263976824063954209,https://www.tiktok.com/@alkadarmuhamaro1/video/72634667116351450400,https://www.tiktok.com/@alkadarmuhamaro1/video/7263093646755499296,https://www.tiktok.com/@alkadarmuhamaro1/video/7257522755078262042,https://www.tiktok.com/@alkadarmuhamaro1/video/7257331895682108699,https://www.tiktok.com/@alkadarmuhamaro1/video/7257231362644577562,https://www.tiktok.com/@alkadarmuhamaro1/video/7248025183112449307,https://www.tikt

ok.com/@alkadarmuhamaro1/video/7246538446959922459,https://www.tiktok.com/@alkadarmuham aro1/video/7236459382970584347,https://www.tiktok.com/@alkadarmuhamaro1/video/72357350764 93872411,https://www.tiktok.com/@alkadarmuhamaro1/video/7234687324762672410,https://www.ti ktok.com/@alkadarmuhamaro1/video/7233559165329771803,https://www.tiktok.com/@alkadarmuha maro1/video/7233550227951619354,https://www.tiktok.com/@alkadarmuhamaro1/video/723275731 1998151962,https://www.tiktok.com/@alkadarmuhamaro1/video/7232752262311988506,https://ww w.tiktok.com/@giovanni.vazquezgonzalez/video/7501519359928487174,https://www.tiktok.com/@gio vanni.vazquezgonzalez/video/7501518227802131718,https://www.tiktok.com/@giovanni.vazquezgonz alez/video/7501517843649858822,https://www.tiktok.com/@giovanni.vazquezgonzalez/video/750151 7258309618999,https://www.tiktok.com/@giovanni.vazquezgonzalez/video/7501516558997392646,ht tps://www.tiktok.com/@giovanni.vazquezgonzalez/video/7501515227553369399,https://www.tiktok.c om/@giovanni.vazquezgonzalez/video/7501514866570661175,https://www.tiktok.com/@giovanni.vaz quezgonzalez/video/7501514158014237957,https://www.tiktok.com/@giovanni.vazquezgonzalez/vide o/7501513724470054199,https://www.tiktok.com/@giovanni.vazquezgonzalez/video/75015134391567 84390,https://www.tiktok.com/@giovanni.vazquezgonzalez/video/7501513075732827397,https://ww w.tiktok.com/@giovanni.vazquezgonzalez/video/7501512617333099831,https://www.tiktok.com/@gio vanni.vazquezgonzalez/video/7501512180026690822,https://www.tiktok.com/@giovanni.vazquezgonz alez/video/7501511739989593399,https://www.tiktok.com/@giovanni.vazquezgonzalez/video/750151 0818794687799,https://www.tiktok.com/@giovanni.vazquezgonzalez/video/7501510578368826630,ht tps://www.tiktok.com/@giovanni.vazquezgonzalez/video/7501510164185386295,https://www.tiktok.c om/@giovanni.vazquezgonzalez/video/7501509259545382149,https://www.tiktok.com/@giovanni.vaz quezgonzalez/video/7501508575936728325,https://www.tiktok.com/@fantassticvideos/video/746321 9784268795142,https://www.tiktok.com/@fantassticvideos/video/7463222819795651845,https://ww w.tiktok.com/@fantassticvideos/video/7463223366296669445,https://www.tiktok.com/@fantassticvid eos/video/7467894149308550406,https://www.tiktok.com/@fantassticvideos/video/74678948028355 74021,https://www.tiktok.com/@fantassticvideos/video/7468325559060188422,https://www.tiktok.co m/@fantassticvideos/video/7468325775515585797,https://www.tiktok.com/@fantassticvideos/video/ 7484989254171462918,https://www.tiktok.com/@fantassticvideos/video/7485463496432389382,http s://www.tiktok.com/@fantassticvideos/video/7493561212936965381,https://www.tiktok.com/@fantas sticvideos/video/7502079445197393157,https://www.tiktok.com/@boysfamosos_/video/73397050487 77116934,https://www.tiktok.com/@brandon.felicjano/video/7435608195038448929,https://www.tikt ok.com/@brandon.felicjano/video/7426666605410553121,https://www.tiktok.com/@brandon.felicjan o/video/7415921015898787105,https://www.tiktok.com/@brandon.felicjano/video/741234263072343 9904,https://www.tiktok.com/@brandon.felicjano/video/7411528990655106336,https://www.tiktok.c om/@brandon.felicjano/video/7409403057865313569,https://www.tiktok.com/@brandon.felicjano/vi deo/7409381224772308257,https://www.tiktok.com/@brandon.felicjano/video/740884720844490678 4,https://www.tiktok.com/@brandon.felicjano/video/7408442965988838688,https://www.tiktok.com/ @brandon.felicjano/video/7408442755686354209,https://www.tiktok.com/@brandon.felicjano/video/ 7408441978364513569,https://www.tiktok.com/@brandon.felicjano/video/7408441672050150689,htt ps://www.tiktok.com/@brandon.felicjano/video/7406035036497104160,https://www.tiktok.com/@bra ndon.felicjano/video/7382587326293151008,https://www.tiktok.com/@brandon.felicjano/video/7382 515271514311968,https://www.tiktok.com/@brandon.felicjano/video/7338792725669596449,https:// www.tiktok.com/@brandon.felicjano/video/7337337417684258080,https://www.tiktok.com/@brando n.felicjano/video/7337026695280528672,https://www.tiktok.com/@brandon.felicjano/video/73366335 78349923617,https://www.tiktok.com/@brandon.felicjano/video/7334805658337873185,https://www .tiktok.com/@brandon.felicjano/video/7331889827253734689,https://www.tiktok.com/@brandon.felic jano/video/7330653942486977825,https://www.tiktok.com/@brandon.felicjano/video/733065350221 5179553,https://www.tiktok.com/@brandon.felicjano/video/7330603099125599520,https://www.tikto

k.com/@brandon.felicjano/video/7330290064196390177,https://www.tiktok.com/@brandon.felicjano/video/7500277200722169110,https://www.tiktok.com/@brandon.felicjano/video/74994382520262361
82,https://www.tiktok.com/@brandon.felicjano/video/7499214299412368662,https://www.tiktok.com/@brandon.felicjano/video/7499213770548448534,https://www.tiktok.com/@brandon.felicjano/video/7499212880500280598,https://www.tiktok.com/@brandon.felicjano/video/7499212059452771607,https://www.tiktok.com/@brandon.felicjano/video/7498102831811939606,https://www.tiktok.com/@brandon.felicjano/video/7498031223055437078,https://www.tiktok.com/@brandon.felicjano/video/7498030943924440342,https://www.tiktok.com/@dariomuhamet/video/7478409897416215830,https://www.tiktok.com/@dariomuhamet/video/7442326584104602902,https://www.tiktok.com/@funkybuttgooner/video/7450516889354177822,https://www.tiktok.com/@gayphotography/video/7498375602831953174,https://www.tiktok.com/@gayphotography/video/7451932594393861398,https://www.tiktok.com/@grapple.kings/video/7486983388885290262,https://www.tiktok.com/@grapple.kings/video/7487083202398473494,https://www.tiktok.com/@grapple.kings/video/7487610695312379159,https://www.tiktok.com/@junnamma0413/video/7416842858809871646,https://www.tiktok.com/@junnamma0413/video/7422078393421745439,https://www.tiktok.com/@junnamma0413/video/7417522302826433822,https://www.tiktok.com/@menobsessed/video/7468024213224344862,https://www.tiktok.com/@training.fire/video/7452615177763065094,https://www.tiktok.com/@user5602835444/video/7498884476538326315,https://www.tiktok.com/@user5602835444/video/7500391041523207470,https://www.tiktok.com/@user5602835444/video/7500385467800505642,https://www.tiktok.com/@user5602835444/video/7500383998418537774

Type of copyrighted work: Video

Description of copyrighted work: The alleged infringement involves one or more motion pictures ("the Work") that I created and that I retain exclusive copyright(s) to. The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

Statement: I, in good faith, believe that the reported use of the material, in the manner complained of, is not authorized by the copyright owner, its agent, or the law.,I state the above information is accurate, and under penalty of perjury that I am the intellectual property right owner or am authorized to act on behalf of the intellectual property right owner.,I acknowledge that all information submitted in my copyright infringement notification may be forwarded to the uploader of the content, to lumendatabase.org, or otherwise made public in any way by TikTok or a third party.

Signature: Nima Gharavi

Proof of rights and authorization: Letter.pdf,Screenshot of My YouTube Logged-in Profile.png

Attachment:

## DMCA Takedown Notification #9

**From:** noreply_ip-reports@tiktok.com <noreply-ip-reports@tiktok.com>
**Sent:** Tuesday, May 13, 2025 6:44 PM
**To:** dmca@midwestwrestle.com
**Subject:** Intellectual Property Report #7504072287033786374

Hello,

Thanks for reaching out! This is an automatic response to let you know that we have received your report. For reference, your report number is #7504072287033786374. A copy of your report has been included at the end of this e-mail.

We take your report seriously and will process it as soon as possible. Please do not submit duplicate reports.

Please note that the webform you have submitted is for reports pertaining to infringements or violations of your Intellectual Property rights, such as copyright or trademark protected work(s). If you are seeking help for violations of other types of legal rights or for flagging inappropriate content on TikTok, the links below might be helpful:

1. Privacy violation: https://www.tiktok.com/legal/report/privacy

2. Impersonation of individual(s): https://www.tiktok.com/legal/report /feedback

3. Community Guidelines violation: https://www.tiktok.com/legal/report/feedback

If the links above do not contain the information you are looking for, please refer to our Help Center for guidance: https://support.tiktok.com.

This e-mail is an automatic response. Please do not reply to this e-mail.

Thanks,

TikTok Team

-----------------------------------------------

Your full legal name: Nima Gharavi
Name of the copyright owner: Nima Gharavi D.B.A. Midwest Wrestle
Your email address: dmca@midwestwrestle.com
Your physical address: 4610 North Clark St. #1098, Chicago, IL 60640
Your phone number: 7738994688
Your relationship to the copyright owner: Owner
Reported link: https://www.tiktok.com/@ifnt
hen.lvt/video/7444309808209071390,https://www.tiktok.com/@ifnthen.lvt/video/7444309387813883
166,https://www.tiktok.com/@ifnthen.lvt,(Profile,Photo),https://www.tiktok.com/@4kaviation.box,(Pr

ofile,Photo),https://www.tiktok.com/@sport_boys_guys,(Profile,Photo),https://www.tiktok.com/@h4r dwrestling,(Profile,Photo),https://www.tiktok.com/@garotos.do.tiktok,(Profile,Photo)

Type of copyrighted work: Video

Description of copyrighted work: The alleged infringement involves one or more motion pictures ("the Work") that I created and that I retain exclusive copyright(s) to. The reported material infringes on my exclusive right(s), including but not limited to, the right to reproduce pursuant to 17 U.S.C. § 106(1), by publishing one or more unauthorized reproduction(s) copied from the Work to which I retain exclusive copyright(s).

Statement: I, in good faith, believe that the reported use of the material, in the manner complained of, is not authorized by the copy right owner, its agent, or the law.,I state the above information is accurate, and under penalty of perjury that I am the intellectual property right owner or am authorized to act on behalf of the intellectual property right owner.,I acknowledge that all information submitted in my copyright infringement notification may be forwarded to the uploader of the content, to lumendatabase.org, or otherwise made public in any way by TikTok or a third party.

Signature: Nima Gharavi

Proof of rights and authorization: Letter.pdf,Screenshot My YouTube Logged-in Profile.png

Attachment: Report 50.xlsx