NIMA GHARAVI
dmca@midwestwrestle.com
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688

Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO TIKTOK INC., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK U.S. DATA SECURITY INC. | Case No.: 2:25−mc−00002 HDV (PDx) <br><br> **DECLARATION OF NIMA GHARAVI IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO AMEND DMCA SUBPOENA** |

I, Nima Gharavi, declare as follows:

1. I am the Plaintiff in this action and submit this declaration in support of my request for leave to amend the DMCA subpoena to include additional TikTok accounts.

2. After the original subpoena was issued in January 2025, I discovered additional TikTok accounts that appear to be engaged in infringing activity similar to those identified in the original subpoena.

3. I intended to raise this request for amendment at the hearing on May 22, 2025, but because the hearing was conducted efficiently and the Court was prepared to rule, I did not have the opportunity to make this additional request during the proceeding.

4. Pursuant to 17 U.S.C. § 512(h), I certify and declare under penalty of perjury that:

   - I am the copyright owner (or authorized to act on behalf of the copyright owner) of the works identified in the attached notifications.

   - The purpose for which the amended subpoena is sought is to obtain the identity of the alleged infringers identified in the attached notifications.

   - The information obtained through the subpoena will only be used for the purpose of protecting rights under Title 17 of the United States Code.

   - The notifications of claimed infringement attached hereto comply with the requirements of 17 U.S.C. § 512(c)(3)(A), including a physical or electronic signature, identification of the copyrighted works, identification of the infringing material, and my contact information.

5. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 22, 2025 at Chicago, Illinois.

/s/ Nima Gharavi
Nima Gharavi

Plaintiff *Pro Se*