NIMA GHARAVI
dmca@midwestwrestle.com
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688

Plaintiff *Pro Se*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO TIKTOK INC., TIKTOK LTD., TIKTOK PTE. LTD., AND TIKTOK U.S. DATA SECURITY INC. | Case No.: 2:25−mc−00002 HDV (PDx) **PLAINTIFF'S REPLY IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO AMEND DMCA SUBPOENA** **Date:** N/A **Time:** N/A **Courtroom:** 5B, 5th Floor **Judge:** Hon. Hernán D. Vera **Location:** First Street Courthouse, 350 W. 1st Street, Los Angeles, CA 90012 |

Plaintiff Nima Gharavi respectfully submits this reply in support of his Ex Parte Application for Leave to Amend DMCA Subpoena.

**PLAINTIFF ACCEPTS TTI'S COUNTEROFFER**

After reviewing TTI's response, Plaintiff is willing to accept TTI's counteroffer to produce current basic subscriber information for all 47 identified TikTok accounts (the original 22 accounts plus the 25 additional accounts identified in Plaintiff's ex parte application) within 30 days.

While Plaintiff maintains that his ex parte application was procedurally proper and that the requested information is relevant and proportionate, Plaintiff recognizes that TTI's counteroffer would provide the core information needed to identify and contact the alleged infringers—which is the primary purpose of this DMCA subpoena proceeding.

In the interest of judicial efficiency and to avoid further delay in obtaining the information necessary to pursue his copyright claims, Plaintiff accepts TTI's proposal as a reasonable resolution of this matter.

**CONCLUSION**

Plaintiff respectfully requests that the Court enter an order consistent with TTI's counteroffer, requiring TTI to produce current basic subscriber information for the 47 identified TikTok accounts within 30 days, with the understanding that TTI will produce such information as soon as practicable.

Dated: May 23, 2025

/s/ Nima Gharavi

Nima Gharavi

Plaintiff *Pro Se*

**CERTIFICATE OF SERVICE**

The undersigned, appearing *pro se* as Plaintiff, certifies the foregoing document was filed on the Court's CM/ECF system, which provided notice to all parties.

Dated: May 23, 2025

/s/ Nima Gharavi

Nima Gharavi

Plaintiff *Pro Se*