UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

term 7,11,18

| | |
|---|---|
| Case No. 2:25-mc-00002-HDV-PD | Date May 28, 2025 |
| Title *In Re: Digital Millennium Copyright Act Section 512(h) Subpoena to Tiktok Inc., TikTok Ltd., TikTok Pte. Ltd., and TikTok U.S.* | |

Present: The Honorable  Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **IN CHAMBERS—ORDER DENYING RESPONDENT'S REQUEST FOR ENTRY OF A TEMPORARY PROTECTIVE ORDER [7]**

    This case arises from Nima Gharavi's subpoena under the Digital Copyright Millennium Act ("DMCA"), 17 U.S.C. § 512(h), requesting identifying information for the owners of 22 TikTok accounts.  [Dkt. No. 1].  TikTok Inc. ("TikTok") requested that the Court enter a temporary protective order before it produced basic subscriber information.  Joint Stipulation re TikTok's Request for Entry of a Protective Order ("Joint Stipulation") 1–2, Ex. A [Dkt. No. 7-1]. The Court heard oral argument on the matter on May 22, 2025 and took the matter under submission.  [Dkt. No. 21].

    District courts may order the entry of a protective order to protect persons from "annoyance, embarrassment, oppression, or undue burden or expense[.]"  Fed. R. Civ. P. 26(c)(1).  The party seeking to enter the protective order must show good cause for its issuance. *Id.*

    TikTok has failed to meet its burden.  The Court is satisfied that Plaintiff will limit his use of basic subscriber information to protecting copyright rights, in compliance with the DMCA.  17 U.S.C. § 512(h)(2)(C); Declaration of Nima Gharavi ¶ 28 [Dkt. No. 7-1].  Entry of a

temporary protective order would also unnecessarily burden Plaintiff, as a *pro se* litigant. Joint Stipulation at 20.[1]

Immediately following the Court's hearing on TikTok's request, Plaintiff filed an *ex parte* application for leave to amend his DMCA subpoena to add 25 additional accounts and requesting production within two weeks. [Dkt. No. 18]. Consistent with TikTok's response [Dkt. No. 19], the Court orders the production of basic subscriber information for the requested 47 accounts within 30 days.

**IT IS SO ORDERED.**

---

[1] Plaintiff's Motion to Clarify Jurisdictional Assignment is moot, as this matter was heard by Judge Vera. [Dkt. No. 11].